**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| POTTER COUNTY REPUBLICAN PARTY, and DANIEL ROGERS,<br><br>Plaintiffs,<br>v.<br><br>CHRISTY BENGE, in her official capacity as the POTTER COUNTY ELECTIONS ADMINISTRATOR,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:26-cv-00215-Z<br><br>Hon. Matthew J. Kacsmaryk |

**DSCC AND DCCC'S MOTION TO INTERVENE AS DEFENDANTS**

Democratic Senatorial Campaign Committee ("DSCC") and Democratic Congressional Campaign Committee ("DCCC") submit this motion to intervene in the above-captioned action, requesting that the Court allow them to intervene as of right pursuant to Fed. R. Civ. P. 24(a) or, alternatively, Fed. R. Civ. P. 24(b). In support of this motion, the DSCC and DCCC rely on the bases and authorities set forth in the attached memorandum in support.

Dated: October 29, 2026.

Respectfully submitted,

/s/ Thad Spalding
Thad Spalding
Texas Bar No. 00791708
Shelby J. White
Texas Bar No. 24084086
**Durham Pittard Spalding**
**Kaufman & Hollingsworth, LLP**
P.O. Box 224626
Dallas, Texas 75222
Telephone: (888) 998-6688
tspalding@dpskh.com
swhite@dpskh.com

Aria C. Branch*

D.C. Bar No. 1014541
Jacob D. Shelly*
D.C. Bar No. 90010127
James J. Pinchak*
D.C. Bar No. 90034756
Derek A. Zeigler*
D.C. Bar No. 90031274
**ELIAS LAW GROUP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
abranch@elias.law
jshelly@elias.law
jpinchak@elias.law
dzeigler@elias.law

**Pro hac vice* applications forthcoming

*Counsel for Proposed Intervenor-Defendants*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)–(b), I hereby certify that, on October 29, 2026, I conferred via email with counsel for Defendant, Scott Brumley who advised that he and his client are **unopposed** to relief being requested.

I also hereby certify that, on October 29, 2026, I emailed all counsel for Plaintiffs regarding this motion and the relief being requested. I also discussed the motion and the relief being requested by telephone with one of the Plaintiffs' counsel, Daniel Bates, who advised that they were not yet in a position to advise whether they and their clients were opposed or unopposed to the motion but that they would advise the undersigned as soon as possible. Because of the potentially time-sensitive nature of the relief being requested by Plaintiffs, this motion is being filed as **opposed** by Plaintiffs. However, the undersigned will update the Court as soon as Plaintiffs are able to state a formal position on the motion.

October 29, 2026

Respectfully submitted,

*/s/ Thad Spalding*
Thad Spalding
Texas Bar No. 00791708
Shelby J. White
Texas Bar No. 24084086
**Durham Pittard Spalding Kaufman & Hollingsworth, LLP**
P.O. Box 224626
Dallas, Texas 75222

Telephone: (888) 998-6688
tspalding@dpskh.com
swhite@dpskh.com

Aria C. Branch*
D.C. Bar. No. 1014541
Jacob Shelly*
D.C. Bar. No. 90010127
James J. Pinchak*
D.C. Bar. No. 90034756
Derek A. Zeigler*
D.C. Bar. No. 90031274
**ELIAS LAW GROUP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
abranch@elias.law
jshelly@elias.law
jpinchak@elias.law
dzeigler@elias.law

**Pro hac vice* applications forthcoming

*Counsel for Proposed Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 29, 2026**, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing ("ECF") system of the Court. All counsel of record were served via electronic service through the ECF system.

*/s/ Thad Spalding*
**Thad Spalding**