**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| POTTER COUNTY REPUBLICAN PARTY, and DANIEL ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTY BENGE, in her official capacity as the POTTER COUNTY ELECTIONS ADMINISTRATOR,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:26-cv-00215-Z<br><br>Hon. Matthew J. Kacsmaryk |

# [PROPOSED] ORDER

This matter is before the Court on DSCC's and DCCC's Motion to Intervene. Having considered the Motion and the supportive briefing thereof and opposition briefing thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

DSCC and DCCC will hereby be entered on the docket as Intervenor-Defendants and be able to fully participate in the case for all purposes as Defendants.

**IT IS SO ORDERED.**

Dated: This __ day of ___________, 2026.

____________________________
Hon. Matthew J. Kacsmaryk
Judge