# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Potter County Republican Party, Daniel Rogers, individidically and on behalf of others similarly effecte

*Plaintiff*

v.

Christy Benge, in her official capacity as Potter County Elections Administrator

*Defendant*

Civil Action No. 2:26-cv-00215

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christy Benge, Potter County Elections Administrator
900 South Polk, Suite 320
Amarillo, TX 79105-9618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared R. Woodfill - Woodfill Law Firm, PC - woodfillservice@gmail.com

Daniel Bates - Decker Jones, PC - dbates@deckerjones.com

Eric Dick - Dick Law Firm - eric@ericdicklawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

Date: October 30, 2026

A. Cobb, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-00215

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________
was received by me on *(date)* ________ .

❒ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________
________________ , a person of suitable age and discretion who resides there,
on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________
________________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc: