**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

POTTER COUNTY REPUBLICAN PARTY,
DANIEL ROGERS,

*Plaintiffs*,

v.

CHRISTY BENGE, in her official capacity as the POTTER COUNTY ELECTIONS ADMINISTRATOR, and as proposed representative of a defendant class of similarly situated Texas county election officials,

*Defendants,*

Case No. 2:26-cv-00215-Z

**NAACP TEXAS STATE CONFERENCE, LEAGUE OF WOMEN VOTERS OF TEXAS, MOVE TEXAS CIVIC FUND, AND COMMON CAUSE'S MOTION TO INTERVENE**

Proposed Intervenor-Defendants ("Proposed Intervenors") NAACP Texas State Conference, League of Women Voters of Texas, MOVE Texas Civic Fund, and Common Cause hereby file this Motion to Intervene as Defendants in this action. As explained in Proposed Intervenors' Brief in Support of this Motion filed herewith, Proposed Intervenors are entitled to intervene as a matter of right pursuant to Federal Rule of Civil Procedure ("Rule") 24(a)(2) or, in the alternative, should be permitted to intervene pursuant to Rule 24(b).

This Motion is accompanied by a Brief in Support of the Motion, a Proposed Order, and an Appendix containing declarations by Proposed Intervenors. Proposed Intervenors also attach their Motion to Dismiss to be filed as a responsive pleading in the event that intervention is granted.

Dated: October 30, 2026

Respectfully submitted,

/s/ *Edgar Saldivar*
Edgar Saldivar
Texas Bar No. 24038188
Ashley Harris*
Texas Bar No. 24123238
Thomas Buser-Clancy**
Texas Bar No. 24078344
Adriana Pinon
Texas Bar No. 24089768
Carolina Rivera Nelson*
Texas Bar No. 24132741
ACLU FOUNDATION OF
TEXAS, Inc.
1018 Preston Street
Houston, TX 77002
Telephone: (713) 942-8146
esaldivar@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
apinon@aclutx.org
criveranelson@aclutx.org

Jonathan Topaz*
Dayton Campbell-Harris*†
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 284-7334
jtopaz@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Adriel I. Cepeda Derieux*
Lucas Rodriguez*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
Telephone: (202) 457-0800
acepedaderieux@aclu.org
lrodriguez@aclu.org

Kathryn "Kassi" Yukevich
Texas Bar No. 24133390
Heather V. Davis
Texas Bar No. 24092324
Amy Carter
Texas Bar No. 24004580
CARTER LAW GROUP, PC
351 W. Jefferson Blvd.
Suite 503, LB 11
Dallas, TX 75208
Telephone: (214) 390-4173
kyukevich@clgtrial.com
hdavis@clgtrial.com
amy@clgtrial.com

Robert Weiner*
M. David Rollins-Boyd*
Grace Thomas*
Samantha Heyward*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
Rweiner@lawyerscommittee.org
Drollins-boyd@lawyerscommittee.org
Gthomas@lawyerscommittee.org
sheyward@lawyerscommittee.org

* motion for admission pro hac vice forthcoming
**admission pending
† practice limited to federal court

*Counsel for Proposed Intervenor-Defendants*

## CERTIFICATE OF CONFERENCE

I certify that on the morning of October 30, 2026, pursuant to Local Rule 7.1(a), I reached out to Counsel for Plaintiffs and Defendant Christy Benge in this matter regarding this Motion. I requested that all Counsel of Record provide their positions on Intervention. None of the parties provided a response by the time of this filing.

/s/ *Edgar Saldivar*
Edgar Saldivar
Texas Bar No. 24038188
ACLU FOUNDATION OF TEXAS, Inc.
1018 Preston Street
Houston, TX 77002
Telephone: (713) 942-8146
esaldivar@aclutx.org

*Counsel for Proposed Intervenor-Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed via the court's CM/ECF system on October 30, 2026, which will serve all counsel of record.

/s/ *Edgar Saldivar*
Edgar Saldivar
Texas Bar No. 24038188
ACLU FOUNDATION OF TEXAS, Inc.
1018 Preston Street
Houston, TX 77002
Telephone: (713) 942-8146
esaldivar@aclutx.org

*Counsel for Proposed Intervenor-Defendants*