**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION**

POTTER COUNTY REPUBLICAN PARTY, DANIEL ROGERS,

*Plaintiffs*,

v.

CHRISTY BENGE, in her official capacity as the POTTER COUNTY ELECTIONS ADMINISTRATOR, and as proposed representative of a defendant class of similarly situated Texas county election officials,

*Defendants,*

Case No. 2:26-cv-00215-Z

**[PROPOSED] ORDER**

Proposed Intervenors the NAACP Texas State Conference, the League of Women Voters of Texas, MOVE Texas Civic Fund, and Common Cause have moved to intervene as defendants in this matter. Having considered Proposed Intervenors' motion along with the materials filed in support thereof, as well as any opposition thereto, is hereby ORDERED that the Motion is GRANTED.

IT IS SO ORDERED on this _________________ day of _________________, 2026

_______________________________

Hon. Matthew J. Kacsmaryk

United States District Court Judge