IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **POTTER COUNTY REPUBLICAN PARTY, DANIEL ROGERS,** individually, and on behalf of all others similarly effected Plaintiffs<br>*plaintiffs*<br>v.<br>**CHRISTY BENGE**, in her official capacity as the **POTTER COUNTY ELECTIONS ADMINISTRATOR** and as proposed representative of a defendant class of similarly situated Texas county election officials,<br>*defendant* | 2:26-cv-00215 |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy,

using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Edgar Saldivar
Senior Staff Attorney
ACLU Foundation of Texas
esaldivar@aclutx.org
8306 P.O. Box
Houston, TX 77288
Phone No.: (713) 942-8146
Facsimile: (713) 942-8966