IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

POTTER COUNTY REPUBLICAN PARTY, *et al.*, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiffs,

v.

CHRISTY BENGE, *in Her Official Capacity as the* POTTER COUNTY ELECTIONS ADMINISTRATOR *and as Proposed Representative of a Defendant Class of Similarly Situated Texas County Election Officials*,

Defendant.

2:26-CV-215-Z

**ORDER**

Before the Court is NAACP Texas State Conference, League of Women Voters of Texas, MOVE Texas Civic Fund, and Common Cause's Motion to Intervene as Defendants in this action ("Motion"). ECF No. 25. Neither Plaintiffs nor Defendant have provided their positions on the Motion. *Id.* at 3. Given the time-sensitive nature of this case, to the extent either party wishes to oppose the Motion, the Court **ORDERS** such response to occur **before Thursday, November 5, 2026 at 5:00pm CST**. Intervenors may reply before **Tuesday, November 10, 2026 at 5:00pm CST.**

| Action | Date |
|---|---|
| Memorandum Brief in Opposition to Motion to Intervene (10 pages) | **November 5, 2026 at 5:00pm CST** |
| Intervenors' Reply Brief (5 pages) | **November 10, 2026 at 5:00pm CST** |

**SO ORDERED.**

November 2, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE