IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

POTTER COUNTY REPUBLICAN PARTY, *et al.*, *Individually and On Behalf of All Others Similarly Situated,*

Plaintiffs,

v. 2:26-CV-215-Z

CHRISTY BENGE, *in Her Official Capacity as the* POTTER COUNTY ELECTIONS ADMINISTRATOR *and as Proposed Representative of a Defendant Class of Similarly Situated Texas County Election Officials,*

Defendant.

**ORDER**

The Court received notice of Plaintiffs' Complaint and request for a Preliminary Injunction ("PI"). ECF No. 1. The Court's Standing Orders require a request for a PI to "be made in a separately filed standalone application or motion, styled as such, not merely in the complaint or other pleading." ECF No. 3 at 2. Plaintiffs embedded their request for a PI within their Complaint, violating the Standing Orders. ECF No. 1 at 25.

The Court **ORDERS** Plaintiffs to refile their request for a PI in a standalone motion **on or before Friday, November 6, 2026 at midnight CST**.

**SO ORDERED.**

November 4, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE