IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| POTTER COUNTY REPUBLICAN PARTY, *et al.*, *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTY BENGE, *in Her Official Capacity as the* POTTER COUNTY ELECTIONS ADMINISTRATOR *and as Proposed Representative of a Defendant Class of Similarly Situated Texas County Election Officials*,<br><br>Defendant. | 2:26-CV-215-Z |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to File Response in Excess of Page Limit and Brief in Support ("Motion"). ECF No. 51. On October 30, 2026, the Court ordered expedited briefing on whether to grant a motion from the Democratic Senatorial Campaign Committee ("DSCC") and Democratic Congressional Campaign Committee ("DCCC") to intervene in this case as defendants. ECF No. 20. The Court ordered Plaintiffs to file a 10 page response before Wednesday, November 4, 2026. *Id.* Plaintiffs instead filed a 20 page response (ECF No. 52) along with a Motion requesting an increase in the page limit (ECF No. 51). Plaintiffs assert the ten page limit would have forced questions to be left unanswered.

The Court **GRANTS** Plaintiffs' Motion. ECF No. 51. Plaintiffs' Response filed on November 4, 2026 (ECF No. 52) is the operative response brief to the DSCC and DCCC's

Motion to Intervene. Additionally, the Court sua sponte extends the DSCC and DCCC's reply brief page limit to 10 pages.

**SO ORDERED.**

November 6, 2026.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE