IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

POTTER COUNTY REPUBLICAN PARTY, *et al.*, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiffs,

v. 2:26-CV-215-Z

CHRISTY BENGE, *in Her Official Capacity as the* POTTER COUNTY ELECTIONS ADMINISTRATOR *and as Proposed Representative of a Defendant Class of Similarly Situated Texas County Election Officials*,

Defendant.

**ORDER**

Before the Court is Defendant Christy Benge's Motion to Dismiss ("Motion"), filed November 9, 2026. ECF No. 59. Given the time-sensitive nature of this case, the Court **ORDERS** any response from Plaintiffs to occur **before Saturday, November 14, 2026 at midnight CST**. Defendant may reply **before Tuesday, November 17, 2026 at midnight CST.** The Court will not consider any motions for an extension of these deadlines nor an extension of the page limits.

| Action | Date |
|---|---|
| Plaintiffs' Memorandum Brief in Opposition to Motion to Dismiss (20 pages) | **November 14, 2026 at midnight CST** |
| Defendant's Reply Brief (10 pages) | **November 17, 2026 at midnight CST** |

**SO ORDERED.**

November 10, 2026.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE