IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

POTTER COUNTY REPUBLICAN PARTY, *et al.*, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiffs,

v. 2:26-CV-215-Z

CHRISTY BENGE, *in Her Official Capacity as the* POTTER COUNTY ELECTIONS ADMINISTRATOR *and as Proposed Representative of a Defendant Class of Similarly Situated Texas County Election Officials*,

Defendant.

**ORDER**

Before the Court is Defendant Christy Benge's Motion to Dismiss ("Motion"), filed November 9, 2026. ECF No. 59. Plaintiffs filed an Amended Complaint on November 14, 2026 (ECF No. 72), and then, later that day, responded to Defendants' Motion (ECF No. 73). Defendant replied on November 16, 2026. ECF No. 77. Both Plaintiffs and Defendant agree that given the new allegations in the Amended Complaint, the Motion is now moot. The Court agrees. Accordingly, the Motion (ECF No. 59) is **DENIED as moot**.

**SO ORDERED.**

November 17, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE