IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

POTTER COUNTY REPUBLICAN PARTY, *et al., Individually and On Behalf of All Others Similarly Situated,*

Plaintiffs,

v.

CHRISTY BENGE, *in Her Official Capacity as the* POTTER COUNTY ELECTIONS ADMINISTRATOR *and as Proposed Representative of a Defendant Class of Similarly Situated Texas County Election Officials,*

Defendant.

2:26-CV-215-Z

**ORDER**

Before the Court is Plaintiffs' Motion for Extension of Time to File Motion for Preliminary Injunction ("Motion"). ECF No. 58. In light of the Amended Complaint, filed November 14, 2026, ECF No. 72, the Court **DENIES** the Motion (ECF No. 58) as moot. To the extent Plaintiffs continue to seek preliminary relief, Plaintiffs are **ORDERED** to file such a motion on or before **Monday, November 23, 2026 at 5:00 p.m. (CST)**. Defendant may respond on or before **Friday, November 27, 2026 at 5:00 p.m. (CST)**. Plaintiff may reply on or before **Monday, November 30, 2026 at 5:00 p.m. (CST)**.

Also before the Court is Defendant's Second Motion to Dismiss. ECF No. 81. Plaintiffs' are **ORDERED** to file their response on or before **Monday, November 23, 2026 at 5:00 p.m. (CST)**. Defendant is **ORDERED** to reply on or before **Wednesday, November 25, 2026 at 5:00 p.m. (CST)**.

Preliminary Injunction Briefing Schedule

| Action | Date |
|---|---|
| Plaintiffs' Motion for Preliminary Injunction | **Monday, November 23, 2026 at 5:00pm (CST)** |
| Defendant's Response to Plaintiffs' Motion for Preliminary Injunction | **Friday, November 27, 2026 at 5:00pm (CST)** |
| Plaintiffs' Reply | **Monday, November 30, 2026 at 5:00pm (CST)** |

Motion to Dismiss Briefing Schedule

| Action | Date |
|---|---|
| Plaintiffs' Response to Defendant's Second Motion to Dismiss | **Monday, November 23, 2026 at 5:00pm (CST)** |
| Defendant's Reply | **Wednesday, November 25, 2026 at 5:00pm (CST)** |

**SO ORDERED.**

November 19, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE