**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| POTTER COUNTY REPUBLICAN PARTY, DANIEL ROGERS, and ALEXANDER HALE, individually and on behalf of all others similarly affected,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTY BENGE, in her official capacity as the POTTER COUNTY ELECTIONS ADMINISTRATOR and as proposed representative of a defendant class of similarly situated Texas county election officials,<br><br>Defendants. | § § § § § § § § § § § § § § | Civil Action No. 2:26-cv-00215-Z |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| Ex. | Document | App. pages |
|---|---|---|
| A | Declaration of Russell Ramsland, Jr. (Nov. 22, 2026) | 4–8 |
| A-1 | Texas Secretary of State, Voting Systems by County (rev. Sept. 1, 2026) | 9–44 |
| A-2 | Cybersecurity and Infrastructure Security Agency, 2026 Election Infrastructure Security Plan: Securing the Next 250 (Sept. 2026) | 45–57 |
| A-3 | Letter from the Secretary of Homeland Security to the White House Transparency Task Force (Aug. 24, 2026) | 58–59 |
| A-4 | Letter from the Secretary of Homeland Security to the Attorney General (Sept. 2, 2026) | 60–63 |
| A-5 | Dallas County, Preliminary Election Reconciliation – Unofficial Totals, November 3, 2026 election | 64 |
| A-6 | Lubbock County, Preliminary Election Reconciliation – Unofficial Totals, November 3, 2026 election | 65 |
| A-7 | Randall County, Preliminary Election Reconciliation – Unofficial Totals, as posted on the county's Election Administration web page | 66–67 |

| Ex. | Document | App. pages |
|---|---|---|
| A-8 | Harris County, Preliminary Election Reconciliation – Unofficial Totals, November 3, 2026 election | 68 |
| B | Affidavit of Xiaomei Wang (Oct. 5, 2026) | 69–74 |
| C | Affidavit of Tamra Lehman (Nov. 6, 2026) | 75–79 |
| D | Statement of Richard C. Jimmink (Nov. 5, 2026) | 80–82 |
| E | Sworn Statement of Seth Troy Wayman (Nov. 5, 2026) | 83–84 |
| F | Affidavit of Russell J. Ramsland, Jr. (Nov. 9, 2026) | 85–86 |

Exhibit A is reproduced with the attachments cited in Plaintiffs' brief.

Dated: November 23, 2026.

Respectfully submitted,

/s/ Jared R. Woodfill
Jared R. Woodfill
State Bar No. 00788715
Adam M. Helleck
State Bar No. 24038953
WOODFILL LAW FIRM, PC
5850 San Felipe, 5th Floor
Houston, Texas 77057
Telephone: (832) 255-3751
Woodfillservice@gmail.com

/s/ Daniel Bates
Daniel Bates
State Bar No. 01899900
DECKER JONES, PC
801 Cherry Street, Suite 2000, Unit 46
Fort Worth, Texas 76102
Telephone: (817) 336-2400
dbates@deckerjones.com

ATTORNEYS FOR PLAINTIFFS POTTER COUNTY REPUBLICAN PARTY, DANIEL ROGERS, AND ALEXANDER HALE

## CERTIFICATE OF SERVICE

I certify that on November 23, 2026, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Jared R. Woodfill
Jared R. Woodfill

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| POTTER COUNTY REPUBLICAN PARTY, DANIEL ROGERS, Individually, and on behalf of all Other similarly effected Plaintiffs, | § | Civil Action No. 2:26-cv-00215 |
| | § | CLASS ACTION COMPLAIINT FOR DECLARATORY AND INJUNCTIVE RELIEF |
| v. | § | |
| CHRISTY BENGE, in her official Capacity as the POTTER COUNTY ELECTIONS ADMINISTRATOR and as proposed representatives of a defendant class of similarly situated Texas county election officials, | § | |
| Defendants. | § | |

**DECLARATION OF RUSSELL RAMSLAND, JR.**

I, Russell Ramsland, Jr. state that I have personal knowledge of the following:

1. I am Russell Ramsland, Jr. I am over the age of 21 years old. I have never been convicted of a felony or a crime of moral turpitude, and I am competent to testify to the matters herein. This Declaration is based upon my personal knowledge.

2. I am a Dallas County resident. I earned an MBA from Harvard University and a degree in political science from Duke University. I have worked with the National Aeronautics and Space Administration (NASA) and the Massachusetts Institute of Technology (MIT), among other organizations, and have run businesses all over the world, many of which are highly technical in nature. I have served on technical government panels. I was part of the management team of Allied Security Operations Group, LLC, (ASOG). ASOG was a group of globally engaged professionals

who came from various disciplines to include Department of Defense, Secret Service, Department of Homeland Security, and the Central Intelligence Agency. It provided a range of security services, but had a particular emphasis on cybersecurity, open-source investigation and penetration testing of networks. We employed a wide variety of cyber and cyber forensic analysts. We had patents pending in a variety of applications from novel network security applications to SCADA (Supervisory Control and Data Acquisition) protection and safe browsing solutions for the dark and deep web. For this report, I have relied on these experts and resources.

3. I accessed the official Internet Website of the Texas Secretary of State, found and printed a true and correct copy of the Voting Systems by County. This lists the identity of the electronic voting systems used in Texas, the type of system, the model and the version of the software of the various systems. I identify the thirty-six (36) pages entitled Voting Systems by County, attached to my Declaration, as the true and correct copy of the list from the official Internet Website of the Texas Secretary of State. Further information on the Texas Secretary of State website included the certification by the Secretary of State in 2019 of the ES&S and the Hart InterCivic Verity voting systems. With one exception I did not find that any testing or certification has been performed or made by the Texas Secretary of State on the versions of the ES&S or Hart InterCivic Verity systems that were used in the 2026 Mid-Term General Election with Election Day on November 3, 2026.

4. I have significant experience in analyzing, including review and study of the analysis of other qualified examiners, of electronic voting systems.

5. I accessed the official Internet website of the United Stated Election Assistance Commission (EAC) for information and documents on the EAC's testing and certification program for electronic voting machines. Attached to my Declaration are four (4) pages, true and correct copies, of the pages on the EAC's testing and certification program, titled Voting Systems Testing & Certification Program (T&C). I looked further within the EAC website for testing information for the ES&S and Hart InterCivic Verity electronic voting systems. I found a listing of electronic voting systems which has been tested under the EAC's T&C program. Attached to my Declaration are two pages, which are true and correct copies of pages I viewed on the EAC official Internet website. On each page the Voting System (Name/Version); the Manufacturer; the Testing standard and the Date Certified is listed. One page I found was for Electronic Systems & Software, Inc. (ES&S) and another for Hart InterCivic, including the Verity voting system. With one exception, I do not find that the versions of the ES&S or Hart InterCivic, including the Verity voting systems were tested to an up-to-date standard. The one exception I found is the Hart InterCivic Verity Vantage system that was certified on July 7, 2025 under the VVSG Guidelines 2.0 and this system was used in only four counties in the Texas General Election of 2026, according to the official

Internet Website of the Texas Secretary of State that displays the voting systems used by Texas counties. I attach the fourteen (14) page certification of the Hart InterCivic Verity Vantage voting system to my Declaration and identify it as a true and correct copy. All of the rest of the voting systems were tested with a VVSG 1.0 (2005) standard which is over twenty (20) years old, in use before the Apple i-Phone was developed. Corroborating the last testing with the current VVSG 2.0 standard of testing is a true and correct copy of a response of the EAC to a freedom of information request dated June 16, 2025, which confirms that none of the legacy voting systems have been submitted for testing in the newer VVSG 2.0 testing standard, attached to my Declaration.

6. I located and copied from the official agency site the 2026 Election Infrastructure Security Plan (EISP) of the Cybersecurity and Infrastructure Security Agency of the United States Department of Homeland Security. Attached to my Declaration is a true and correct copy of the EISP. I note on page 6 of the EISP the list of vulnerabilities of electronic election software, including the outdated certifications I found in the ES&S and Hart InterCivic systems used in the 2026 Mid-Term Elections is stated. Also stated is the CISA recommendation for post-elections manual audits of paper ballots to be made before election certification to verify that the electronic voting systems have functioned properly.

7. I located from the public records and attach to my Declaration true and correct copies of a response from Department of Homeland Security Secretary, dated August 24, 2026, to the White House Transparency Task Force; and letter from Department of Homeland Security Secretary to the United States Attorney General, dated September 2, 2026. I note the report of the 2024 ODNI Annual Threat Assessment highlighting the threat posed by the Peoples Republic of China, the Islamic State of Iran and Russia. Each was the adversaries of the US were assessed to possess the technical capability to hack US election-related networks and systems.

8. I also note in the response from Department of Homeland Security Secretary, dated August 24, 2026, to the White House Transparency Task Force, the use of Chinese components and subcomponents in the voting systems. The forensic teams I ran while at ASOG noted, photographed and reported on Chinese components and subcomponents in the election machines. True and correct copies of photos contained in James Thomas Penrose IV report for ASOG entitled "Preliminary Assessment of Wireless Communications Technology for Michigan Voting Systems" are attached to my Declaration.

9. I located and copied from the official website of Dallas County Elections the Preliminary Election Reconciliation – Unofficial Totals that shows there were 544 fewer voters than the total of Counted Ballots + Rejected ballots + Pending ballots, but shows there could be as

many as 7,203 ballots added to the count which could further increase the imbalance. I have attached a true and correct copy of that Reconciliation to my Declaration.

10. I then located and copied the Preliminary Election Reconciliation – Unofficial Totals from Lubbock County's Elections Website which shows 245 more Voters than the total of Counted Ballots + Rejected ballots + Pending ballots, but shows there could be as many as 2,120 ballots added to the count which could swing the balance in the opposite direction. I have attached a true and correct copy of that Reconciliation to my Declaration.

11. I then located and copied the Preliminary Election Reconciliation – Unofficial Totals from Randall County's Elections Website which shows 71 fewer Voters than the total of Counted Ballots + Rejected ballots + Pending ballots, but shows there could be as many as 276 ballots added to the count which could further increase the imbalance. I have attached a true and correct copy of that Reconciliation to my Declaration.

12. I then located and copied the Preliminary Election Reconciliation – Unofficial Totals from Harris County's Elections Website which shows 4,085 fewer Voters than the total of Counted Ballots + Rejected ballots + Pending ballots, but shows there could be as many as 13,357 ballots added to the count which could further increase the imbalance. I have attached a true and correct copy of that Reconciliation to my Declaration.

13. I served as a member on the team of people who were in charge of organizing a proposed hand-counted Primary for the Republican Party in Dallas County in 2026. As part of that effort we invited and analyzed 9 different teams each demonstrating a different method of efficiently hand counting an election. We selected one that we felt was the most efficient, fair, and uncontestable and both parties are involved in the counting. I have suggested this method be used in the larger counties as we calculated a counting team of 500 people (250 Republicans and 250 Democrats) under the organization of each County Party Chair can count 800,000 ballots for a single race in 8 hours. This makes a hand-counted audit very feasible in the largest Texas counties.

14. I have read the First Amended Class Action Complaint for Declaratory and Injunctive Relief [Doc 72], specifically the Nature of the Action. With additional detail outlined below, to the best of my knowledge and belief, the facts accurately state the vulnerabilities of the electronic voting systems at issue and the need for the audit, hand counting paper ballots with comparison to the machine counts, that is requested in this case. Using a Hart InterCivic Verity 2.7 system, which is listed in the Texas Secretary of State's Voting by County as being used in Potter County, a ballot is printed in human-readable and human verifiable text according to the selections made by a voter on a screen of the ballot marking device, that Hart InterCivic calls a Verity Duo. The Verity Duo also prints a QR code on the ballot. The ballot is then scanned using a scanner that Hart InterCivic calls a Verity Scan, using optical character recognition (OCR). The QR code on the ballot is believed to be encrypted and contain a checksum on the text which the program sent to the printer in the Verity Duo. If the OCR for some reason fails to recognize some small part of the text, the scanner program makes the smallest possible correction to obtain the

correct checksum. For example, if the thermal printer in the Verity Duo failed to print the third letter of a word, such as SENATE, completely and the OCR recognized it as SENATE; then the checksum would not match. The scanner program searches for the smallest possible correction that produces the expected word on a list, finds "SENATE," and makes the change. Then the checksum matches and the ballot choices are tabulated. Hart InterCivic holds U.S. patents 10,445,966 B1, 11.004.292 B2, and 11,804,092 B2 on this correction process, which uses a mathematical formula from computer science called Levenshtein distance to measure "closeness." If the minimum Levenshtein distance is above some small threshold then the scanner rejects the ballot as unreadable. It is believed the QR code also contains the ballot style. Hence an erroneous QR code could load an erroneous ballot style that leads to a mis-vote if not caught by the voter. It could also contain programming code or other input to the tabulator. In any case, the inability of a voter to read the QR code printed on the ballot creates a major problem. Worse, ES&S machines do utilize a system wherein a voter marks his choices on a ballot marking device that prints record bearing barcodes, and the scanner tabulates the barcodes rather than the human-readable text. (Note that this is contrary to Executive Order 14248, Section 4(b)(i), which states that "…voting systems should not use a ballot in which a vote is contained within a barcode or quick-response code in the vote counting process except where necessary to accommodate individuals with disabilities and should provide a voter-verifiable paper record to prevent fraud or mistake").

15. The differences in the electronic voting systems used in the 2026 Mid-Term General Election, together with each county's general custodian of election records determining the handling of discrepancies resulting from the limited pre-certification hand-count audit, without any prescribed standards, may lead to a Potter County voter, Dan Rogers, having his ballot afforded less protection than an identically cast ballot in a county in which the custodian expands the pre-certification audit.

I declare under the penalty of perjury under the laws of the United States of America that my foregoing Declaration is true and correct.

SIGNED this 22nd day of November, 2026.

Russell Ramsland, Jr.

# Voting Systems by County

| COUNTY | VENDOR | TYPE | MODEL | VERSION | QUANITY ON HAND |
|---|---|---|---|---|---|
| ANDERSON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 25 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 93 |
| ANDREWS | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 53 |
| ANGELINA | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 172 |
| | ES&S | SCANNER | DS200 | | 42 |
| ARANSAS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 50 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 12 |
| | HART | SCANNER | VERITY SCAN | | 15 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| ARCHER | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 36 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 10 |
| | HART | SCANNER | VERITY SCAN | | 10 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| ARMSTRONG | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS300 | | 5 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| ATASCOSA | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 25 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 75 |
| | ES&S | CURBSIDE DRE | EXPRESSTOUCH | | 20 |
| AUSTIN | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 67 |
| | ES&S | SCANNER | DS200 | | 16 |
| BAILEY | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 4 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 16 |
| BANDERA | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 77 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 16 |
| | HART | SCANNER | VERITY SCAN | | 16 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| BASTROP | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 34 |
| | ES&S | SCANNER | DS850 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 150 |
| BAYLOR | ES&S | SOFTWARE | EVS | 6.1.1.0 | 6 |
| | ES&S | SCANNER | DS200 | | 6 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 15 |
| BEE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 57 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 15 |
| | HART | SCANNER | VERITY SCAN | | 21 |
| BELL | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS200 | | 125 |
| | ES&S | SCANNER | DS300 | | 10 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | SCANNER | DS850 | | 2 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 448 |
| BEXAR | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 2500 |
| | ES&S | SCANNER | DS200 | | 358 |
| | ES&S | SCANNER | DS450 | | 4 |
| | ES&S | SCANNER | DS850 | | 1 |
| | ES&S | SCANNER | DS950 | | 2 |
| BLANCO | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS200 | | 30 |
| | ES&S | SCANNER | DS300 | | 16 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 30 |
| BORDEN | | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 10 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 18 |
| BOSQUE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 14 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 21 |
| BOWIE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 2 |
| | ES&S | SCANNER | DS200 | | 33 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 185 |
| BRAZORIA | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 800 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 125 |
| | HART | SCANNER | VERITY SCAN | | 125 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| BRAZOS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | SCANNER | VERITY SCAN | | 43 |
| | HART | BALLOT MARKER | VERITY DUO | | 420 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 60 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| BREWSTER | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 4 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| BRISCOE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| | ES&S | SCANNER | DS200 | | 2 |
| BROOKS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 8 |
| | HART | SCANNER | VERITY SCAN | | 10 |
| BROWN | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 100 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 21 |
| | HART | SCANNER | VERITY SCAN | | 23 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| BURLESON | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 40 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 17 |
| | HART | SCANNER | VERITY SCAN | | 19 |
| BURNET | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER W/ ACCESS | | 46 |
| | HART | SCANNER | VERITY SCAN | | 46 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| CALDWELL | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 114 |
| | ES&S | SCANNER | DS200 | | 21 |
| | ES&S | SCANNER | DS450 | | 1 |
| CALHOUN | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | SCANNER | DS200 | | |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 18 |
| CALLAHAN | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 34 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 8 |
| | HART | SCANNER | VERITY SCAN | | 9 |
| CAMERON | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 167 |
| | ES&S | SCANNER | DS200 | | 137 |
| | ES&S | SCANNER | DS300 | | 50 |
| | ES&S | SCANNER | DS850 | | 1 |
| | ES&S | SCANNER | DS450 | | 2 |
| CAMP | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 7 |
| | ES&S | SCANNER | DS200 | | 11 |
| CARSON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 30 |
| | ES&S | SCANNER | DS450 | | 1 |
| CASS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 17 |
| | HART | SCANNER | VERITY SCAN | | 17 |

| | | | | | |
|---|---|---|---|---|---|
| CASTRO | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 20 |
| | ES&S | SCANNER | DS300 | | 3 |
| CHAMBERS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 136 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 28 |
| | HART | SCANNER | VERITY SCAN | | 24 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| CHEROKEE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 75 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 27 |
| | HART | SCANNER | VERITY SCAN | | 33 |
| CHILDRESS | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 13 |
| | ES&S | CURBSIDE DRE | EXPRESSTOUCH | | 4 |
| | ES&S | SCANNER | DS200 | | 5 |
| CLAY | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 52 |
| | ES&S | SCANNER | DS200 | | 17 |
| COCHRAN | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 8 |
| | ES&S | SCANNER | DS200 | | 5 |
| COKE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 15 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 7 |
| | HART | SCANNER | VERITY SCAN | | 4 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |

| | | | | | |
|---|---|---|---|---|---|
| COLEMAN | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 17 |
| | ES&S | SCANNER | DS200 | | 6 |
| COLLIN | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 1800 |
| | ES&S | SCANNER | DS200 | | 230 |
| | ES&S | SCANNER | DS450 | | 2 |
| | ES&S | SCANNER | DS850 | | 2 |
| COLLINGSWORTH | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| | ES&S | SCANNER | DS300 | | 1 |
| COLORADO | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 25 |
| | ES&S | SCANNER | DS200 | | 15 |
| COMAL | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 350 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 25 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 75 |
| | HART | SCANNER | VERITY SCAN | | 75 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| COMANCHE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 14 |
| | HART | SCANNER | VERITY SCAN | | 18 |
| CONCHO | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 12 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 12 |
| | HART | SCANNER | VERITY SCAN | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| COOKE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | SCANNER | DS200 | | 9 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 112 |
| CORYELL | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 115 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 22 |
| | HART | SCANNER | VERITY SCAN | | 24 |
| COTTLE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 6 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| CRANE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 20 |
| | ES&S | SCANNER | DS200 | | 9 |
| CROCKETT | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS200 | | 7 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 23 |
| CROSBY | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | |
| | HART | SCANNER | VERITY SCAN | | 5 |
| CULBERSON | HART | SOFTWARE | VERITY | 2.4 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 6 |
| | HART | SCANNER | VERITY SCAN | | 5 |
| DALLAM | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 6 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 20 |

| | | | | | |
|---|---|---|---|---|---|
| DALLAS | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 4500 |
| | ES&S | SCANNER | DS200 | | 1000 |
| DAWSON | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 23 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| DEAF SMITH | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 34 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 5 |
| | HART | SCANNER | VERITY SCAN | | 7 |
| DELTA | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 13 |
| | HART | SCANNER | VERITY SCAN | | 8 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| DENTON | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 300 |
| | HART | SCANNER | VERITY SCAN | | 500 |
| | HART | SCANNER | VERITY CENTRAL | | 3 |
| DEWITT | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 38 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 13 |
| | HART | SCANNER | VERITY SCAN | | 11 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| DICKENS | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 7 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 7 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| | HART | SCANNER | VERITY SCAN | | 3 |

| | | | | | |
|---|---|---|---|---|---|
| DIMMIT | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 7 |
| DONLEY | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 8 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| DUVAL | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 9 |
| | HART | SCANNER | VERITY SCAN | | 1 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| EASTLAND | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 48 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 13 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| ECTOR | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 240 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 65 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| | HART | SCANNER | VERITY SCAN | | 60 |
| EDWARDS | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS300 | | 6 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 6 |
| EL PASO | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 1305 |
| | ES&S | SCANNER | DS200 | | 200 |
| | ES&S | SCANNER | DS300 | | 50 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | SCANNER | DS450 | | 2 |
| ELLIS | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 56 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 410 |
| ERATH | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 15 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 85 |
| FALLS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 20 |
| | HART | SCANNER | VERITY SCAN | | 16 |
| FANNIN | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 69 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 22 |
| | HART | SCANNER | VERITY SCAN | | 22 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| FAYETTE | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 30 |
| | ES&S | SCANNER | DS200 | | 2 |
| | ES&S | SCANNER | DS300 | | 8 |
| FISHER | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 7 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 16 |
| FLOYD | HART | SOFTWARE | VANGUARD | 1.0 | 1 |
| | HART | BALLOT MARKER | VERITY FLEX | | 34 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 9 |

| | | | | | |
|---|---|---|---|---|---|
| | HART | SCANNER | VERITY VAULT | | 9 |
| FOARD | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | |
| | HART | SCANNER | VERITY SCAN | | |
| FORT BEND | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 1700 |
| | ES&S | SCANNER | DS200 | | 300 |
| | ES&S | SCANNER | DS450 | | 2 |
| FRANKLIN | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS200 | | 10 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| FREESTONE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 45 |
| | ES&S | SCANNER | DS200 | | 19 |
| FRIO | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 12 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| GAINES | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 34 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 10 |
| | HART | SCANNER | VERITY SCAN | | 10 |
| GALVESTON | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 940 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 140 |
| | HART | SCANNER | VERITY SCAN | | 155 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| GARZA | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS300 | | 4 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| GILLESPIE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 21 |
| | HART | SCANNER | VERITY SCAN | | 24 |
| GLASSCOCK | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 5 |
| GOLIAD | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 11 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| GONZALES | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 20 |
| | ES&S | CURBSIDE DRE | EXPRESSTOUCH | | 8 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 36 |
| GRAY | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 35 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 12 |
| | HART | SCANNER | VERITY SCAN | | 13 |
| GRAYSON | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 250 |
| | ES&S | SCANNER | DS200 | | 47 |
| | ES&S | SCANNER | DS450 | | 1 |
| GREGG | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 160 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 40 |
| | HART | SCANNER | VERITY SCAN | | 50 |

| | | | | | |
|---|---|---|---|---|---|
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| GRIMES | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 54 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 16 |
| | HART | SCANNER | VERITY SCAN | | 18 |
| GUADALUPE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 275 |
| | ES&S | CURBSIDE DRE | EXPRESSTOUCH CURBSIDE | | 51 |
| | ES&S | SCANNER | DS200 | | 64 |
| | ES&S | SCANNER | DS450 | | 1 |
| HALE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 70 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 27 |
| | HART | SCANNER | VERITY SCAN | | 27 |
| HALL | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| | ES&S | SCANNER | DS200 | | 4 |
| HAMILTON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 13 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| HANSFORD | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 7 |
| | ES&S | SCANNER | DS200 | | 2 |
| HARDEMAN | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS300 | | 4 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 4 |

| | | | | | |
|---|---|---|---|---|---|
| HARDIN | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 28 |
| | HART | SCANNER | VERITY SCAN | | 30 |
| HARRIS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 17509 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 2730 |
| | HART | SCANNER | VERITY SCAN | | 2904 |
| | HART | SCANNER | VERITY CENTRAL | | 9 |
| HARRISON | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 125 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 30 |
| | HART | SCANNER | VERITY SCAN | | 36 |
| HARTLEY | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 7 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 15 |
| HASKELL | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| | ES&S | SCANNER | DS200 | | 9 |
| HAYS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 410 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 80 |
| | HART | SCANNER | VERITY SCAN | | 80 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| HEMPHILL | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 3 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 14 |
| HENDERSON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 170 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | SCANNER | DS200 | | 35 |
| HIDALGO | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 1280 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 315 |
| | HART | SCANNER | VERITY SCAN | | 250 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| HILL | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 23 |
| | HART | SCANNER | VERITY SCAN | | 26 |
| HOCKLEY | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 22 |
| | ES&S | SCANNER | DS200 | | 10 |
| | ES&S | SCANNER | DS450 | | 1 |
| HOOD | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 140 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 16 |
| | HART | SCANNER | VERITY SCAN | | 16 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| HOPKINS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 79 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 17 |
| | HART | SCANNER | VERITY SCAN | | 17 |
| HOUSTON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 63 |

| | | | | | |
|---|---|---|---|---|---|
| HOWARD | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 56 |
| | ES&S | SCANNER | DS200 | | 10 |
| HUDSPETH | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 9 |
| | HART | SCANNER | VERITY SCAN | | 9 |
| HUNT | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 45 |
| | HART | BALLOT MARKER | VERITY DUO | | 50 |
| | HART | SCANNER | VERITY SCAN | | 45 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| HUTCHINSON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 37 |
| | ES&S | SCANNER | DS200 | | 12 |
| IRION | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 13 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 7 |
| | HART | SCANNER | VERITY SCAN | | 10 |
| JACK | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 24 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 7 |
| | HART | SCANNER | VERITY SCAN | | 8 |
| JACKSON | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS200 | | 11 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 33 |
| JASPER | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS850 | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 26 |
| | ES&S | SCANNER | DS200 | | 10 |
| JEFF DAVIS | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 18 |
| | ES&S | SCANNER | DS200 | | 3 |
| JEFFERSON | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 360 |
| | ES&S | SCANNER | DS200 | | 65 |
| | ES&S | SCANNER | DS450 | | 2 |
| JIM HOGG | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 6 |
| | HART | SCANNER | VERITY SCAN | | 6 |
| JIM WELLS | HART | SOFTWARE | VANGUARD | 1.0 | 1 |
| | HART | BALLOT MARKER | VANGUARD FLEX | | 14 |
| | HART | BALLOT ACTIVATION | VANGUARD BOOST | | 17 |
| | HART | SCANNER | VANGUARD VAULT | | 22 |
| JOHNSON | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS950 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 45 |
| JONES | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 51 |
| | ES&S | SCANNER | DS200 | | 11 |
| KARNES | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 21 |
| | HART | SCANNER | VERITY SCAN | | 18 |
| KAUFMAN | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | SCANNER | DS200 | | 40 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 284 |
| | ES&S | SCANNER | DS450 | | 1 |
| KENDALL | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 90 |
| | ES&S | SCANNER | DS200 | | 16 |
| KENEDY | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| | ES&S | SCANNER | DS200 | | 10 |
| KENT | ES&S | SOFTWARE | | | |
| KERR | HART | SOFTWARE | VANGUARD | 1.0 | 1 |
| | HART | BALLOT MARKER | VANGUARD FLEX | | 25 |
| | HART | BALLOT ACTIVATION | VANGUARD BOOST | | 3 |
| | HART | SCANNER | VANGUARD VAULT | | 26 |
| KIMBLE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 4 |
| | HART | SCANNER | VERITY SCAN | | 7 |
| KING | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 2 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 4 |
| KINNEY | ES&S | SOFTWARE | EVS | 6.0.2.0 | 1 |
| | ES&S | SCANNER | DS200 | | 5 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 4 |
| KLEBERG | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS200 | | 21 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 21 |

| | | | | | |
|---|---|---|---|---|---|
| KNOX | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 3 |
| | ES&S | SCANNER | DS450 | | 1 |
| LA SALLE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 13 |
| | HART | SCANNER | VERITY SCAN | | 20 |
| LAMAR | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 38 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 38 |
| LAMB | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 5 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 29 |
| LAMPASAS | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 39 |
| | ES&S | SCANNER | DS200 | | 8 |
| LAVACA | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 63 |
| | ES&S | SCANNER | DS200 | | 14 |
| LEE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 35 |
| | ES&S | SCANNER | DS200 | | 12 |
| | ES&S | CURBSIDE DRE | EXPRESSTOUCH CURBSIDE | | 10 |
| LEON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 74 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | SCANNER | DS200 | | 19 |
| LIBERTY | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 33 |
| | HART | SCANNER | VERITY SCAN | | 33 |
| LIMESTONE | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS300 | | 17 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 15 |
| LIPSCOMB | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 10 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 6 |
| | HART | SCANNER | VERITY SCAN | | 7 |
| LIVE OAK | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | SCANNER | VERITY SCAN | | 19 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 18 |
| LLANO | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 59 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 19 |
| | HART | SCANNER | VERITY SCAN | | 19 |
| LOVING | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 5 |
| LUBBOCK | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 1100 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 225 |
| | HART | SCANNER | VERITY SCAN | | 225 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| LYNN | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | SCANNER | DS200 | | 6 |
| | ES&S | SCANNER | DS300 | | 2 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 22 |
| MADISON | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 43 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 11 |
| | HART | SCANNER | VERITY SCAN | | 11 |
| MARION | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 30 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 11 |
| | HART | SCANNER | VERITY SCAN | | 11 |
| MARTIN | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 20 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 11 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| MASON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 2 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| | ES&S | SCANNER | DS450 | | 1 |
| MATAGORDA | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 63 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 21 |
| | HART | SCANNER | VERITY SCAN | | 25 |
| MAVERICK | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 16 |

| | | | | | |
|---|---|---|---|---|---|
| MCCULLOCH | HART | SOFTWARE | VERITY | 2.4 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 11 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| MCLENNAN | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 80 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| | HART | SCANNER | VERITY SCAN | | 85 |
| MCMULLEN | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 5 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 6 |
| MEDINA | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 93 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 21 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| | HART | SCANNER | VERITY SCAN | | 23 |
| MENARD | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 11 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 4 |
| | HART | SCANNER | VERITY SCAN | | 6 |
| MIDLAND | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 270 |
| | ES&S | SCANNER | DS200 | | 34 |
| | ES&S | SCANNER | DS450 | | 1 |
| MILAM | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 49 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 14 |
| | HART | SCANNER | VERITY SCAN | | 14 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |

| | | | | | |
|---|---|---|---|---|---|
| MILLS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 9 |
| | HART | SCANNER | VERITY SCAN | | 10 |
| MITCHELL | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS300 | | 6 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 16 |
| MONTAGUE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 40 |
| | ES&S | SCANNER | DS200 | | 16 |
| MONTGOMERY | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 1927 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 292 |
| | HART | SCANNER | VERITY SCAN | | 292 |
| | HART | SCANNER | VERITY CENTRAL | | 3 |
| MOORE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 30 |
| | ES&S | SCANNER | DS200 | | 10 |
| MORRIS | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 14 |
| | ES&S | SCANNER | DS200 | | 14 |
| MOTLEY | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 4 |
| | HART | SCANNER | VERITY SCAN | | 7 |
| NACOGDOCHES | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 26 |
| | HART | SCANNER | VERITY CENTRAL | | 4 |

| | | | | | |
|---|---|---|---|---|---|
| NAVARRO | ES&S | SOFTWARE | EVS | 6.0.2.0 | 1 |
| | ES&S | SCANNER | DS200 | | 25 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 127 |
| NEWTON | ES&S | SOFOTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 16 |
| | ES&S | SCANNER | DS450 | | 1 |
| NOLAN | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 12 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 31 |
| NUECES | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 548 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 155 |
| | HART | SCANNER | VERITY SCAN | | 175 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| OCHILTREE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 6 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 6 |
| OLDHAM | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 7 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 9 |
| ORANGE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS850 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 180 |
| | ES&S | SCANNER | DS200 | | 28 |
| PALO PINTO | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 66 |

| | | | | | |
|---|---|---|---|---|---|
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 18 |
| | HART | SCANNER | VERITY SCAN | | 18 |
| PANOLA | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 40 |
| | ES&S | SCANNER | DS200 | | 23 |
| PARKER | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 196 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 55 |
| | HART | SCANNER | VERITY SCAN | | 57 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| PARMER | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 18 |
| | ES&S | SCANNER | DS200 | | 6 |
| PECOS | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 16 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 32 |
| POLK | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 60 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 25 |
| | HART | BALLOT MARKER | VERITY SCAN | | 25 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| POTTER | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 176 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 36 |
| | HART | SCANNER | VERITY SCAN | | 36 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| PRESIDIO | ES&S | SOFTWARE | EVS | 6.0.2.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 5 |
| | ES&S | SCANNER | DS200 | | 5 |
| RAINS | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 24 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 12 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| RANDALL | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 255 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 50 |
| | HART | SCANNER | VERITY SCAN | | 44 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| REAGAN | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 13 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 7 |
| | HART | SCANNER | VERITY SCAN | | 7 |
| REAL | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 6 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| RED RIVER | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 26 |
| | HART | SCANNER | VERITY SCAN | | 25 |
| REEVES | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | SCANNER | DS300 | | 9 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 25 |

| | | | | | |
|---|---|---|---|---|---|
| REFUGIO | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 29 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 13 |
| | HART | SCANNER | VERITY SCAN | | 18 |
| ROBERTS | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 5 |
| | HART | SCANNER | VERITY SCAN | | 5 |
| ROBERTSON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 20 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 20 |
| ROCKWALL | ES&S | SOFTWARE | EVS | 6.0.2.0 | 1 |
| | ES&S | SCANNER | DS200 | | 55 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 130 |
| RUNNELS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 11 |
| | HART | BALLOT MARKER | VERITY DUO | | 28 |
| | HART | SCANNER | VERITY SCAN | | 14 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| RUSK | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 100 |
| | ES&S | SCANNER | DS200 | | 15 |
| | ES&S | SCANNER | DS450 | | 1 |
| SABINE | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | SCANNER | VERITY SCAN | | 13 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 10 |
| SAN AUGUSTINE | HART | SOFTWARE | VERITY | 2.7 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | HART | SCANNER | VERITY SCAN | | 17 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 12 |
| SAN JACINTO | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 50 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 10 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| | HART | SCANNER | VERITY CENTRAL | | 4 |
| SAN PATRICIO | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 160 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 32 |
| | HART | SCANNER | VERITY SCAN | | 24 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| SAN SABA | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 3 |
| SCHLEICHER | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS300 | | 4 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| SCURRY | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 40 |
| | ES&S | SCANNER | DS200 | | 10 |
| SHACKELFORD | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 11 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| SHELBY | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 20 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 20 |

| | | | | | |
|---|---|---|---|---|---|
| SHERMAN | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 8 |
| | ES&S | SCANNER | DS300 | | 3 |
| SMITH | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 370 |
| | ES&S | SCANNER | DS200 | | 63 |
| | ES&S | SCANNER | DS450 | | 1 |
| SOMERVELL | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 6 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 30 |
| STARR | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 38 |
| | ES&S | SCANNER | DS200 | | 42 |
| STEPHENS | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 7 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 5 |
| STERLING | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 18 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 6 |
| | HART | SCANNER | VERITY SCAN | | 6 |
| STONEWALL | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 2 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| SUTTON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 3 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 14 |

| | | | | | |
|---|---|---|---|---|---|
| SWISHER | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 15 |
| | ES&S | SCANNER | DS200 | | 6 |
| TARRANT | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 2716 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 440 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 625 |
| | HART | SCANNER | VERITY CENTRAL | | 4 |
| | HART | SCANNER | VERITY SCAN | | 560 |
| TAYLOR | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 352 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 77 |
| | HART | SCANNER | VERITY SCAN | | 82 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| TERRELL | ES&S | SOFTWARE | EVS | 6.1.1.0 | 5 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 3 |
| | ES&S | SCANNER | DS200 | | 3 |
| TERRY | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 22 |
| | ES&S | SCANNER | DS950 | | 1 |
| | ES&S | SCANNER | DS200 | | 8 |
| THROCKMORTON | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 10 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 6 |
| | HART | SCANNER | VERITY SCAN | | 7 |
| TITUS | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 22 |

| | | | | | |
|---|---|---|---|---|---|
| | HART | SCANNER | VERITY SCAN | | 22 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| TOM GREEN | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 165 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 40 |
| | HART | SCANNER | VERITY SCAN | | 40 |
| | HART | SCANNER | VERITY CENTRAL | | 2 |
| TRAVIS | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 2100 |
| | ES&S | SCANNER | DS200 | | 350 |
| | ES&S | SCANNER | DS450 | | 2 |
| | ES&S | SCANNER | DS850 | | 2 |
| | ES&S | SCANNER | DS950 | | 2 |
| TRINITY | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 22 |
| TYLER | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS200 | | 22 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 40 |
| UPSHUR | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 85 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 21 |
| | HART | SCANNER | VERITY SCAN | | 22 |
| UPTON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 15 |
| | ES&S | SCANNER | DS200 | | 8 |
| UVALDE | HART | SOFTWARE | VERITY | 2.7 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 15 |
| | HART | SCANNER | VERITY SCAN | | 17 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| VAL VERDE | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS200 | | 19 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 80 |
| VAN ZANDT | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | SCANNER | VERITY SCAN | | 30 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 30 |
| VICTORIA | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 171 |
| | ES&S | SCANNER | DS300 | | 41 |
| | ES&S | SCANNER | DS950 | | 1 |
| WALKER | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 171 |
| | ES&S | SCANNER | DS200 | | 21 |
| | ES&S | SCANNER | DS450 | | 1 |
| WALLER | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 119 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 38 |
| | HART | SCANNER | VERITY SCAN | | 40 |
| WARD | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY TOUCH WRITER | | 10 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| WASHINGTON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | SCANNER | DS300 | | 13 |
| | ES&S | SCANNER | DS200 | | 3 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 31 |
| WEBB | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 350 |
| | ES&S | SCANNER | DS200 | | 140 |
| WHARTON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 60 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | SCANNER | DS200 | | 11 |
| WHEELER | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 25 |
| | HART | BALLOT MARKER | VERITY DUO | | 12 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| WICHITA | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 202 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 38 |
| | HART | SCANNER | VERITY SCAN | | 42 |
| | HART | SCANNER | VERITY CENTRAL | | 3 |
| WILBARGER | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 6 |
| | HART | SCANNER | VERITY SCAN | | 9 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| WILLACY | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 13 |
| | HART | SCANNER | VERITY SCAN | | 12 |

| | | | | | |
|---|---|---|---|---|---|
| WILLIAMSON | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 901 |
| | ES&S | SCANNER | DS200 | | 115 |
| | ES&S | SCANNER | DS300 | | 30 |
| | ES&S | SCANNER | DS850 | | 2 |
| | ES&S | SCANNER | DS950 | | 1 |
| WILSON | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 31 |
| | ES&S | SCANNER | DS200 | | 20 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | CURBSIDE DRE | EXPRESSTOUCH CURBSIDE | | 1 |
| WINKLER | ES&S | SOFTWARE | EVS | 6.1.1.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 10 |
| WISE | HART | SOFTWARE | VERITY | 2.5 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 153 |
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 38 |
| | HART | SCANNER | VERITY SCAN | | 30 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| WOOD | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO STANDALONE | | 36 |
| | HART | SCANNER | VERITY SCAN | | 35 |
| YOAKUM | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS200 | | 4 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 12 |
| YOUNG | HART | SOFTWARE | VERITY | 2.7 | 1 |
| | HART | BALLOT MARKER | VERITY DUO | | 63 |

| | | | | | |
|---|---|---|---|---|---|
| | HART | BALLOT MARKER | VERITY CONTROLLER | | 14 |
| | HART | SCANNER | VERITY CENTRAL | | 1 |
| | HART | SCANNER | VERITY SCAN | | 12 |
| ZAPATA | HART | SOFTWARE | VANGUARD | 1.0 | 1 |
| | HART | BALLOT MARKER | VANGUARD FLEX | | 10 |
| | HART | BALLOT ACTIVATION | VANGUARD BOOST | | 1 |
| | HART | SCANNER | VANGUARD VAULT | | 12 |
| ZAVALA | ES&S | SOFTWARE | EVS | 6.3.0.0 | 1 |
| | ES&S | SCANNER | DS450 | | 1 |
| | ES&S | BALLOT MARKER | EXPRESSVOTE | | 8 |
| | ES&S | BALLOT MARKER | DS300 | | 3 |

SEPTEMBER 2026

*CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY*

# 2026 ELECTION INFRASTRUCTURE SECURITY PLAN

*SECURING THE NEXT 250*

This Page is Intentionally Left Blank.

# EXECUTIVE SUMMARY

Election infrastructure requires steadfast security and resilience. It is a vital national interest and one of the Department of Homeland Security's highest priorities to support the greater national security landscape. The American people's confidence that their vote will be counted as cast is essential, and securing election infrastructure requires year-round diligence and close coordination between state, local, and federal partners.

In January 2017, election infrastructure was designated as a critical infrastructure subsector, within the Government Services and Facilities Sector. Over the last two years, CISA has recommitted to its statutory mission and remains resolute in strengthening the security of election infrastructure, as with all critical infrastructure sectors. DHS has consistently supported CISA's delivery of cybersecurity and physical security services to election officials.

In July of this year, Secretary Mullin tasked CISA with developing the Election Infrastructure Security Plan, which had been developed to help partners defend against cyber and physical threats to election infrastructure. It describes the critical technologies and processes that support election infrastructure, details potential threats to physical, technological, and human components, and outlines the no-cost products and services provided by CISA to support election infrastructure partners and stakeholders.

National-level coordination, grounded in candid, transparent acknowledgment of threats to election infrastructure, will help partners defend against risks that could materialize during an election cycle. Coordination between the federal government, election officials, and other election infrastructure stakeholders plays an important role in sharing threat information, developing security measures and mitigation strategies, and reducing election infrastructure risks.

At the request of state and local government officials, including election officials and vendors, CISA provides no-cost, voluntary cyber and physical security services, including technical expertise, vulnerability scanning and training, as well as exercises. CISA's regional teams assist partners across the country by assessing risks, helping entities bolster defenses, improving resilience, and responding promptly to threats.

Under President Trump's and Secretary Mullin's leadership and direction, CISA's goal is to ensure the American people can trust voting systems and know that physical safety measures will be in place when they go to their assigned polling locations to cast their votes. CISA is well-prepared to support the states for any election—whether local, regional, or federal. Election security is not a partisan issue. Election security is national security.

# ELECTION INFRASTRUCTURE OVERVIEW

The Election Infrastructure Subsector encompasses both physical assets such as storage facilities, polling places, and centralized vote tabulation locations used to support the election process, and the information and communications technology – including voter registration databases, voting machines, and systems to manage the election process and report results – operated on by state and local governments. Over 10,000 local election jurisdictions manage the day-to-day administration of elections, often selecting and purchasing voting systems from options certified at the state and federal level.[1] State and local election officials have the primary responsibility for protecting election infrastructure. The federal government, including CISA, provides information, tools, and resources to help these state and local officials secure their elections.

## Election Infrastructure Components, Systems, and Networks

Election infrastructure encompasses physical, technological, and human elements necessary to conduct elections. As described in the Election Infrastructure Subsector-Specific Plan, the following is a list of Subsector components and assets:[2]

**PHYSICAL COMPONENTS:** Equipment and materials, facilities, and records that support or provide protection for the Subsector.

- **Voting Locations** – Facilities used by election officials to enable voters to cast ballots in person. Continuity of the voting process is dependent on the availability of voting locations and their ability to provide security and any other systems required to operate the voting process.
- **Technical Facilities** – Facilities used to house servers and network equipment, which can be a mix of onsite, offsite, or co-located facilities. Also, there may be separate facilities used to generate ballot files and tabulate votes.
- **Storage Facilities** – Includes warehouses or other similar facilities used to house equipment when not in use.
- **Processing Facilities** – Facilities used to print ballots, ballot envelopes, or polling place supplies. These facilities are either onsite or at a contractor’s facility and must have adequate security and protection from the elements to ensure voting processes continue.
- **Administrative Facilities** – State, local, and tribal election offices where election officials carry out their election administration duties.
- **Voting Hardware** – Ballots, poll books, machines, and records, as well as the physical equipment that supports digital systems that must be stored securely and protected.

**TECHNOLOGICAL COMPONENTS:** Hardware and software components critical to supporting the election security mission, including computers, servers, databases, and other IT systems and assets used in Subsector activities to fulfill one of the following functions:

- **State and Local Networks** – Systems to conduct daily government functions, which may indirectly impact or connect with election system components, including email networks and other state and local-level systems, such as the Department of Motor Vehicles (DMV) systems.

---

[1] Who is in charge of elections in my state? | U.S. Election Assistance Commission

[2] Election Infrastructure Subsector-Specific Plan: An Annex to the NIPP 2013 (2020): Election Infrastructure Subsector-Specific Plan

- **Voter Registration Systems** – Systems used to collect personal voter information, including residency address, age, and other information required to determine voter eligibility and prevent duplicate registrations. These systems are maintained at the local jurisdiction, the state level, or a combination of both.
- **Election Systems** – Systems used to manage the entire voting process, which can include addresses, precincts, political and taxing districts, poll workers, voters, candidates, ballot layout, and the casting of votes.
- **Election Management Systems** – Sets of processing functions and voting system databases that define, develop, and maintain election databases; perform election definitions and setup functions; format ballots; and maintain ballot images, cast vote records and audit trails.
- **Tabulation Systems** – Systems used to record votes, then accumulate and present them. Votes may be recorded on paper, directly onto voting machines, or both, including through Direct Recording Electronic (DRE) machines, or optical scanners used to cast paper ballots marked by hand or with a Touch Screen Ballot Marking Device (BMD).
- **Results Reporting** – Election-night reporting systems that generate and display unofficial results. These systems can be online systems, locally hosted systems, or a combination of both. These systems operate by uploading count data to the application, which then displays the totals in relationship to the overall population of a given jurisdiction.
- **Public Information Systems** – Systems that provide the public with general information about the election process, upcoming elections, and election results. These systems can also offer individual-level information regarding registration status, provisional ballot status, mail ballot status, or voting location, or support blank ballot delivery.
- **Electronic Poll Books** – Systems used by workers at polling places or voting centers to determine the eligibility of voters and their correct ballot style. Some electronic poll books allow jurisdictions to update voter records or register voters for the first time. Electronic poll books used to update voters' addresses or register new voters will be connected to the internet, and should be secured accordingly, including multi-factor authentication for administrative functions.
- **Internal Production Software and Servers** – Various software platforms and servers that support the election infrastructure environment. This includes, but is not limited to, geographic information systems (GIS), which support the creation and assignment of eligible voters into various political and election-specific subdivisions.

**KEY STAFFING ROLES**: Personnel with specialized training, certification, knowledge, skills, authorities, or roles whose absence could cause undesirable consequences or inhibit the election security mission.

- **Strategic and Operational Positions** – Elected and appointed officials at the state and local level, such as local election officials, state election directors, State Chief Election Officials, Secretaries of State, and others who make up the leadership of the Subsector. These individuals operate election systems and have an in-depth understanding of their functionality. Their subject matter expertise ensures the operability of the election system. This includes operators of voting systems and related technology.
- **Temporary/Seasonal Support Positions** – Individuals selected on a short-term basis to carry out specific tasks essential to the conduct of elections, including temporary office staff, poll workers, and individuals outside the direct supervision of election officials.

# ELECTION INFRASTRUCTURE THREAT LANDSCAPE

Federal, state, local, and private sector partners work closely together to secure election infrastructure from a range of cyber and physical threats. This section highlights cyber vulnerabilities, voter-registration database security challenges, insider threats, and other physical security issues that may impact the security of election infrastructure.

## Cyber Vulnerabilities

Election-related software, like all complex software, contains vulnerabilities that require timely remediation. However, structural constraints within the certification ecosystem can significantly limit vendors' ability to release patches and prevent system owners from applying them quickly. Additionally, CISA's assessments show that state, local, tribal, and territorial (SLTT) election offices frequently struggle with basic cybersecurity hygiene and vulnerability remediation.

Election infrastructure is often accessible from general enterprise networks, which create opportunities for lateral movement by adversaries who compromise email systems, user workstations, or other IT assets. CISA assesses that the overall security of U.S. elections is shaped by the interaction of three major factors:

- Software vulnerability management is limited by outdated certification regimes.
- Inconsistent transparency from election system vendors regarding vulnerabilities and patch status.
- The cybersecurity immaturity of many SLTT networks responsible for hosting election systems.[3]

Across all critical infrastructure sectors, threat actors consistently rely on basic, reliable techniques that function across diverse products and environments. Instead of relying on novel exploits, they repeatedly target the same categories of weaknesses that resurface in software. These adversaries often succeed, because many preventable software flaws remain unresolved. Addressing these fundamental issues would eliminate a significant portion of today's most common compromises.

CISA recommends election officials and stakeholders to consider the following mitigation measures:

- Harmonize patch management and certification requirements for voting systems and associated IT infrastructure to allow cybersecurity updates in real-time without affecting system certification. Follow CISA's Best Practices for Securing Election Systems, at https://www.cisa.gov/news-events/news/best-practices-securing-election-systems.
- Use paper ballots that can be easily reviewed to ensure transparency, auditability, and resilience against software failures or manipulation.
- Conduct post-election manual audits of paper ballots to verify that voting systems function properly and to identify errors *before* certifying the final results.
- Encourage election software providers to:
  - Assign Common Vulnerabilities and Exposure (CVE) numbers to vulnerabilities discovered in their software;
  - Notify customers promptly if elections software source code is leaked or stolen;
  - Report cybersecurity incidents to appropriate authorities; and
  - Provide a software bill of materials (SBOM) with all delivered products.
- Ensure all security incidents and remediations activities are documented clearly, consistently, and transparently.

[3] CISA Election Report (2026) | Cybersecurity and Infrastructure Security Agency

## Voter Registration Databases

Reports from the last decade reveal that Statewide Voter Registration Databases (VRDB) are attractive targets for foreign adversaries. Hackers have attempted to breach voter registration systems in all 50 states, with confirmed success in at least 20 states.[4] State and local election officials must prioritize system security and implement safeguards to prevent the exploitation of data that may already have been exposed. Priority safeguards for voter registration databases include:

- Multi-factor authentication for all administrative and remote access to the VRDB and connected systems, using phishing-resistant methods for privileged accounts where feasible.
- Network monitoring and anomaly detection, including intrusion detection sensors and a documented network baseline to identify unauthorized access attempts, unusual traffic, and any large or irregular data transfers.
- Role-based, least privileged access, with each user limited to the data required for their duties and access reviewed regularly.
- Comprehensive logging and audit trails recording who changed what, when, and under what authority, with critical logs retained for at least one year and the ability to detect and reverse unauthorized modifications.
- Architectural separation of public-facing services from the master database, so that online registration and look-up functions never interact directly with the system of recording.[5]

## Insider Threats

Elections are administered at the state and local levels of government. Given the wide range of operational and short-term roles required to administer and support responsibilities during an election cycle, it is important to understand how insider threats—both intentional and unintentional—can introduce risks to conducting secure elections. An insider threat is the potential for an insider to use their authorized access or special knowledge of an organization to cause harm, whether maliciously or unintentionally.

This risk is a growing concern for election infrastructure stakeholders, including permanent staff, temporary or seasonal workers, volunteer poll workers, contractors, and vendors. Because seasonal and volunteer personnel may not undergo the same vetting as permanent staff, the election infrastructure subsector's reliance on a large temporary workforce makes insider risk a structural feature of election administration rather than an occasional exception. There are a growing number of foreign adversaries that have continued to monitor election networks and attempted to influence or interfere in U.S. elections. One way a foreign derived threat could manifest is via attempts to exploit insider access to interfere with election infrastructure or processes. Foreign adversaries, as well as other malicious actors such as criminal networks, could attempt to gain insider access through a variety of methods.

Insider Threats can take place in several ways:

- Malicious insiders who engage in sabotage, theft, espionage, or fraud — for example, making unauthorized changes to voter registration databases, ballot definitions, tabulation configurations, or results-reporting processes.
- Negligent or unintentional insiders whose mistakes introduce vulnerabilities — such as mishandling equipment, falling for phishing, or inserting unauthorized removable media into election systems.
- Third party insiders, including contractors and vendors, whose access to systems or sensitive data extends the trust boundary beyond the election office.

[4] Vulnerabilities in Electronic Voting and Ballot-Counting Systems (2026) | Cybersecurity and Infrastructure Security Agency
[5] Id.

CISA coordinates closely with federal partners, including the Federal Bureau of Investigation (FBI), to mitigate insider-threat risks to election infrastructure. Many longstanding election practices—such as handling ballots in bipartisan teams of two, allowing observers to be present during ballot counting, and maintaining chain-of-custody procedures—were specifically designed to reduce the likelihood and impact of insider threats. Election officials are encouraged to follow their state laws on these procedures. Election offices benefit from formalizing these established practices into a documented insider-threat program.

## Threats to the Physical Security of Election Infrastructure

Over the past two decades, U.S. government offices and employees—including election offices and officials—have been the targets of multiple physical security incidents, such as receiving letters containing suspicious materials and bomb threats. In 2024, more than a dozen election offices across several U.S. states received letters, some containing white powder and threats. Although the powder was later determined to be non-hazardous, the intent appeared to be intimidation.[6] CISA recommends that election offices maintain procedures for handling mail and responding to potential hazardous materials exposure, and ensure all personnel are trained in these procedures.

Additionally, CISA tracked 107 election-related incidents reported via open source through its Technical Resource for Incident Prevention (TRIPwire) system between January 1, 2022, to the present. Of these incidents, 96 were bomb threats; five involved suspected explosive devices that functioned; five were suspicious packages; and one involved bomb-making materials found onsite.

From 2022 through August 2026, CISA supported 58 exercises, provided 53 Counter-Improvised Explosive Device (C-IED) trainings and technical assistance events, and conducted more than 2,100 physical security assessments, each addressing the most significant threats identified for the specific localities involved. Trends in findings from CISA's exercises revealed the importance of:

- Building and maintaining strong relationships among state and local election officials and federal partners—including CISA, the FBI, the United States Postal Inspection Service (USPIS), state and local law enforcement, emergency managers, private-sector partners, fusion centers, and Information Sharing and Analysis Centers (ISACs)—as well as other cross-sector stakeholders (e.g., communications, energy, IT) that support election operations within their jurisdiction.
- Developing and maintaining an Incident Response Plan and Continuity of Operations Plan (COOP) that addresses a range of physical security threats. These plans should be reviewed for updates at least annually, and personnel must be familiar with the plans and trained accordingly.
- Promoting trust in state and local election offices as the authoritative source for election information by prioritizing transparency and proactively sharing accurate information about election processes—including security measures, verification practices, and contingency planning activities.

---

[6] Election officials sent suspicious packages in at least five states

# CISA NO-COST PRODUCTS AND SERVICES FOR ELECTION INFRASTRUCTURE SECURITY

CISA provides a comprehensive suite of no-cost, voluntary services to election officials and private-sector election infrastructure partners, offering support that strengthens cybersecurity, enhances physical security, and improves the overall resilience of election infrastructure.

## Key Services

- **End-to-end exercise planning and conduct services**: Upon request and subject to available resources, CISA collaborates with state and local election officials and their security partners to design and deliver exercises tailored to the requesting organization's objectives. Each exercise concludes with an after-action report identifying strengths, areas for improvement, and recommended resources to support future planning. These exercises may take the form of seminars, workshops, or tabletop exercises, depending on needs and objectives. Seminars help orient participants to new or updated plans, procedures, or guidelines; workshops support the development of new processes; and tabletop exercises validate plans and procedures, rehearse incident response and recovery concepts, and identify gaps and opportunities for improvement.
- **CISA Tabletop Exercise Packages (CTEPs)**: CISA has an extensive library of ready-to-use customizable tabletop exercise packages available on CISA.gov. Each package includes template objectives, scenarios, discussion questions, and supporting references and resources. CTEPs cover a broad range of cybersecurity and physical security topics, including several tailored for election-infrastructure stakeholders. CISA also offers workshops to help jurisdictions maximize the value of CTEP materials.
- **Counter-IED and Risk Mitigation Training**: CISA offers nationally accredited training and resources to help stakeholders build the capability to prevent, respond to, and mitigate bombing threats. These trainings are delivered through the Office for Bombing Prevention (OBP) and focus on practical skills, awareness, and preparedness. To learn more visit: Office for Bombing Prevention (OBP) Training Program | CISA
- **Active Shooter Preparedness Webinar**: This 2-hour webinar enhances awareness of active-shooters threats and teaches methods to reduce the impact of an incident. It reviews behavioral indicators, response options, and actions that increase survivability. Contact: ASWorkshop@cisa.dhs.gov.
- **Conflict Prevention Webinar:** This 1-hour training assists participants in recognizing warning signs of escalating behavior, assessing situations involving persons of concern, and applying practical de-escalation strategies using non-threatening actions. Contact: ConflictPrevention@cisa.dhs.gov.
- **Insider Threat Mitigation Workshop & Briefing**: This 2-hour briefing supports the improvement and development of insider-threat mitigation capabilities, by emphasizing a multidisciplinary, holistic approach to identifying and reducing insider threats. Contact: SecurityPlanning@cisa.dhs.gov.
- **Canaries and Canary Tokens:** CISA deploys decoy systems and digital tokens across participating organizations' networks to help detect unauthorized access and lateral movement. This early-warning capability—jointly monitored by CISA and participating organizations—enhances threat detection and strengthens incident-response readiness for prioritized organizations.
- **Cloud Security & Assurance Service:** A voluntary offering that helps organizations strengthen their cloud-security posture, reduce systemic risks, and prepare for emerging threats. The service delivers deep visibility, risk-driven insights, and actionable recommendations to strengthen cloud environments.
- **CISA Attack Surface Testing (CAST):** CAST delivers continuous penetration testing for critical infrastructure organizations. The service evaluates network accessibility and reviews web

applications for exploitable weaknesses, enabling organizations to proactively manage their attack surface and verify the effectiveness of remediation efforts.

- **.gov Domain Program:** CISA sponsors the .gov top-level domain and offers it at no cost to U.S.-based government organizations and publicly controlled entities, helping improve authenticity, trust, and security for official digital services.
- **Vulnerability Scanning:** This service continuously monitors internet-accessible network assets (public, static IPv4 addresses) for vulnerabilities and risky configurations. Participants receive weekly reports detailing all findings, along with ad-hoc alerts for urgent issues such as unsafe services and known exploited vulnerabilities. For more information and sign-up: Cyber Hygiene Services | CISA.
- **Web Application Scanning (WAS):** This service conducts in-depth assessments of publicly accessible web applications to identify vulnerabilities and misconfigurations that attackers could exploit. WAS evaluates issues including—but not limited to—items in the Open Web Application Security Project (OWASP) Top Ten, which covers the most critical web-application security risks. Participants receive monthly detailed reports and may request on-demand assessments to help maintain continuous web-application security. For more information and sign-up: Cyber Hygiene Services | CISA.
- **Risk & Vulnerability Assessments (RVAs):** CISA provides full RVAs—including on-site penetration tests—for mature critical infrastructure organizations. RVAs provide a comprehensive evaluation of an entity's security posture, covering internal and external systems, authentication weaknesses, network architecture, and exploitable pathways. Each RVA results in a detailed, actionable report outlining risks and mitigation steps. For more information and sign-up: Risk and Vulnerability Assessments | CISA.
- **Cybersecurity Performance Goals (CPGs) Assessment 2.0:** The CPGs 2.0 represent voluntary, high-impact security practices that form a prioritized baseline for organizations of all sizes. Developed from CISA's operational data and collaboration across government and industry, the CPGs help critical infrastructure owners reduce cyber risk by focusing on action most correlated with preventing or mitigating attacks. For CPGs: Cybersecurity Performance Goals 2.0 (CPG 2.0) | CISA. For assessment training: Cybersecurity Performance Goals (CPGs) Assessment Training | CISA.
- **CISA's Known Exploited Vulnerabilities (KEV) Catalog:** To support the cybersecurity community and network defenders—and to help organizations better manage vulnerabilities and keep pace with active threat activity—CISA maintains the authoritative public catalog of vulnerabilities known to be exploited in the wild. Organizations should incorporate the KEV catalog into their vulnerability-management prioritization processes to ensure that the most critical and high-risk vulnerabilities are addressed first. Learn more about how to use the KEV catalog in your organization.
- **CISA Learning:** CISA offers no-cost online cybersecurity training on topics including cloud security, ethical hacking, risk management, malware analysis, and more. CISA Learning replaces the Federal Virtual Training Environment (FedVTE) and is available to federal, state, local, tribal, and territorial government staff and contractors, Veterans and military personnel, and U.S. residents. For questions or access visit CISA Learning | NICCS.

## CISA's Regional Security Advisors

CISA's cadre of critical infrastructure security experts, located around the country, provides tailored support to election infrastructure stakeholders. CISA's 10 Regional Directors serve as Election Security Advisors (ESAs) for their respective regions, building trusted relationships with election officials and overseeing the delivery of CISA's cyber and physical security services. Cybersecurity Advisors (CSAs) offer onsite cyber assessments and provide targeted cybersecurity guidance based on an organization's specific security posture. Protective Security Advisors (PSAs) can assess physical infrastructure security risks and provide options for consideration to reduce vulnerability to physical threats.

Regional advisors play a critical role in ensuring SLTT partners receive timely, expert support aligned with national cybersecurity risk-reduction priorities.




To connect with your regional advisors or schedule services, you can reach out to your local CISA regional office—contact details are available at cisa.gov/about/regions. This aligns directly with CISA's broader election security support model, which emphasizes voluntary, no-cost assistance delivered through regional teams.

Enterprise data confirms that CISA's regional personnel, including CSAs and PSAs, provide localized cyber and physical security support, vulnerability scanning, incident-response assistance, and election infrastructure security services to SLTT partners. These regional teams work closely with election officials to assess risk, strengthen defenses, and coordinate timely support during any heightened threat conditions. For current information and to request services, visit the CISA Election Security Services Page,[7] which provides up-to-date resources, offerings, and points of contact for election infrastructure stakeholders.

[7] All information drawn directly from official CISA resources on election security services (as of July 2026). Services remain voluntary and available upon request. For more information, see the U.S. Cybersecurity and Infrastructure Security Agency's Election Security Services: https://www.cisa.gov/topics/election-security/election-security-services

## Information Sharing for Election Infrastructure Stakeholders

Timely, accurate threat information is essential to securing election infrastructure. State and regional fusion centers serve as a key channel for sharing threat intelligence and risk-assessment data, strengthening the security and resilience of election operations. As state-owned and operated entities, fusion centers integrate state, local, and federal partners to address both cyber and physical risks to election infrastructure. They serve as a channel for threat reporting, analysis, and information sharing. Applied to elections, this model lets officials receive briefings and indicators relevant to election systems, report detected or suspected threats and incidents and obtain analytic and situational-awareness support during election periods.

Fusion centers offer several advantages:

- Fusion centers already coordinate on physical security threats to election operations, such as bomb threats, suspicious mailings, and disruption of election facilities, alongside cyber threats, giving election officials a single channel for the full range of risks.
- Fusions centers are owned and operated by the states; an election information sharing model built on Fusion Centers keeps the function under state control and aligned with the constitutional role of states in administering elections.

To learn more about Fusion Centers and to locate the one closest to you, please visit Fusion Center Locations and Contact Information | Homeland Security.

Additionally, CISA communicates with state and local partners regularly and provides them with timely threat intelligence, expertise, no-cost tools and resources these partners need to defend against risks. This includes working with various private information sharing and analysis centers to share cybersecurity information and guidance. State and local governments seeking assistance are encouraged to contact our CISA regional teams who can help assess risk, strengthen defenses, enhance resilience, and respond immediately to incidents.

For the 2026 election cycle, CISA is supporting an information-sharing platform to exchange intelligence and situational updates in a familiar, low-barrier environment. All Fusion Centers, State and Local election officials will have access to this information sharing tool at no cost. The platform supports near real-time communications, and gives officials a single, accessible space to receive indicators, ask questions and coordinate with peers and federal partners. Federal partners, Fusions Centers, Federal Agencies and CISA Central will be actively engaged on the platform for day-to-day communication with state and local election officials. This model was successfully deployed and utilized during FIFA World Cup 2026. It is easy to use, modernizes election information sharing and enhances state and federal collaboration.

CISA is also working to build improved access to timely and actionable intelligence through unclassified and classified threat briefings and indicators for election infrastructure partners and stakeholders. CISA partners with DHS's Office of Intelligence and Analysis (I&A) and the FBI to support the flow of federal threat reporting to state and regional fusion centers and, through them, to the state and local officials who need it.

**Security Operations Center (SOC) Call:** The SLTT SOC call is a technical exchange discussing key cybersecurity issues affecting SLTT entities and the cyber community. Please work with your CISA Regional Office to get connected by going to CISA Regions | CISA.

**Critical Infrastructure Intelligence Initiative (CI3):** In partnership with DHS I&A and the Office of the Director of National Intelligence (ODNI), CISA leads the Critical Infrastructure Intelligence Initiative (CI3), a regularly scheduled monthly classified threat briefing during which the Intelligence Community (IC) briefs cleared critical infrastructure stakeholders at the state and local levels. The threat briefing,

which spans cyberattacks, foreign adversaries, emerging threats, and critical infrastructure owner and operator concerns, is broadcast to over 70 secure locations nationwide, including state and regional fusion centers, FBI Field Offices, and National Guard Locations. In addition to delivering classified information to cleared partners, CI3 pairs each briefing with monthly Unclassified//For Official Use Only notes and mitigation recommendations to ensure that the threat intelligence presented is accompanied by actionable measures that can be shared with state and local security professionals and government officials to enhance critical infrastructure security and resilience, including elections systems. Beyond providing a common baseline understanding of risks and threats, the CI3 program ensures stakeholders have the relationships, contacts, and access points necessary to obtain immediate access to sensitive information during emergencies.

**State, Local, Tribal, and Private Sector Clearance Program:** CISA also provides access to classified threat intelligence through its State, Local, Tribal, and Private Sector Clearance Program (SLTPS), which provides clearances to owners, operators, and decision-makers for critical systems, such as election infrastructure. Stakeholders leverage these clearances to access actionable, timely, and relevant classified information, which is then used to strengthen systems and inform resource decisions. For additional details, or to learn more about the nomination process, please contact your Sector Risk Management Agency point of contact, or email CISA.SLTPS@cisa.dhs.gov.

# CONCLUSION

In conclusion, the CISA 2026 Election Infrastructure Security Plan represents a comprehensive commitment to safeguarding the integrity of the United States electoral process. By leveraging collaborative partnerships, robust cyber defenses, and ongoing threat intelligence, the plan ensures that all stakeholders are prepared to address evolving risks. Continued vigilance, adaptability, and transparency will be essential as we work together to protect the foundations of our Constitutional Republic and maintain public trust in our elections.

For more information about election security and resources to protect elections, see the CISA election security resources at https://www.cisa.gov/topics/election-security.

*Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland Security

August 24, 2026

White House Transparency Task Force:

We are in receipt of your latest request for the production of documents. We are actively identifying responsive records and reviewing for potential declassification and will continue with the rolling document production. Our initial disclosure included some documents that the White House Transparency Task Force has determined cannot be released at this time. This letter was prepared to fulfill the Task Force's request for an unclassified overview of relevant election infrastructure supply chain vulnerabilities.

Recently declassified records, including a 2024 ODNI Annual Threat Assessment, concluded that "China remains the most active and persistent cyber threat to U.S. Government, private-sector, and critical infrastructure networks. Beijing's cyber espionage pursuits and its industry's export of surveillance, information, and communications technologies increase the threats of aggressive cyber operations against the United States and the suppression of the free flow of information in cyberspace."[1]

A National Intelligence Council Memorandum from October 2024 stated, "We assess that some U.S. adversaries—at a minimum China, Iran, and Russia…have the technical capability to access some U.S. election-related networks and systems."[2]

The declassification of these and other documents supports the need for strong mitigation strategies, particularly considering the known weaknesses in the election infrastructure supply chain. Voting machines with components manufactured by foreign adversaries introduce significant security risks. These vulnerabilities mean that malicious actors could potentially compromise election infrastructure at any stage of the supply chain, even before the machines are assembled or deployed. If a component is tampered with during manufacturing, it could serve as a point-of-entry for hackers, allowing for the possibility of synchronized attacks across multiple machines and jurisdictions.

Unfortunately, the voting-system industry, like other sectors of critical infrastructure, is impacted by the fact that some necessary components cannot be sourced from domestic manufacturers, so vendors are dependent on foreign suppliers. Nine voting system vendors are used in U.S. elections. Three of those vendors, ES&S, Hart InterCivic, and Dominion, make up

---

[1] https://www.dni.gov/files/ODNI/documents/assessments/ATA-2024-Unclassified-Report.pdf.
[2] https://www.dni.gov/files/ODNI/documents/assessments/NICM-Declassified-Foreign-Threats-to-US-Elections-After-Voting-Ends-in-2024.pdf.

more than 80% of the market share. Representatives from each of those vendors have acknowledged that their voting machines have parts made in China.

When testifying before Members of Congress, representatives from these vendors detailed universal reliance on foreign-made parts.[3] The then-President and CEO of Dominion stated, "voting systems manufacturers would be challenged to source certain product hardware components from outside of China. In some cases, there are simply no alternative suppliers."[4]

Representatives from ES&S similarly stated, "In some instances, there is no ability to procure from alternative component suppliers. Some components are sole-sourced, protected by a patent and/or intricate to the design of the circuit or sub-assembly."[5]

Acknowledging the United States' reliance on component parts that originate from countries accused of committing cyberattacks against the United States, representatives from Hart InterCivic requested "additional guidance and best practices on supply chain security from DHS."[6]

There is no question that election security is national security. Under the leadership of President Trump, I have directed the Department of Homeland Security to prioritize election security. Electronic voting systems have one job—to accurately count the votes on ballots. The Homeland Security Grant Program requires states to trust but verify the results produced by the voting machines. To receive full grant awards, states must demonstrate that they have conducted random post-election manual counts of paper ballots to ensure that any errors or manipulation is detected. This is in addition to numerous other actions being taken across DHS components to secure election infrastructure.

It is an honor to support President Trump's mission to have the most transparent administration in history, and I appreciate the work of the White House Transparency Task Force. We look forward to the declassification of additional records so the American people can better understand all of the ways my Department works to protect the homeland.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

---

[3] *2020 Election Security – Perspectives from Voting System Vendors and Experts: Hearing Before the Comm. on H. Admin.*, 116th Cong. (2020), https://nsarchive.gwu.edu/document/24853-document-75-house-committee-house-administration-2020-election-security-perspectives.
[4] *Id.* at 222.
[5] *Id.* at 190.
[6] *Id.* at 243.

*Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

**Homeland Security**

September 2, 2026

The Honorable Todd Blanche
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Dear Mr. Attorney General:

I want to congratulate you again on your confirmation earlier this month. It has been a pleasure working with you and your team on ongoing immigration enforcement. As the Secretary of Homeland Security, I am also tasked with protecting our nation's critical infrastructure—which includes our election systems and their security. The Department serves as the Sector Risk Management Agency for the election infrastructure subsector, which requires my team to identify vulnerabilities and risks to election systems.

The dedicated men and women of DHS work every day to protect election systems and recommend security measures to mitigate the consequences of compromise and the disruption of systems. In the course of that work, DHS identified several issues during my predecessor's tenure that resulted in referrals to the Department of Justice (DOJ). Due to the potential impact of the issues identified, I wanted to make sure that you are aware of these prior referrals.

First, we asked DOJ to determine if voting systems that count votes from barcodes and QR codes (Quick Response Codes) are compliant with Title III of the Help America Vote Act (HAVA) of 2002. HAVA has numerous voluntary voting system guidelines that states may adopt. However, there are several mandatory provisions, one of which is the requirement that any voting system used in a federal election must produce a voter-verifiable paper record with a manual audit capacity. (52 U.S.C. § 21081(a)(2)(B)). Because barcodes and QR codes are machine-readable encodings created to eliminate the need for human-readable text, they may not be suitable for voter verification or manual audits. DHS has identified some systems that are configured to disassociate programming of the printed text and the barcode, so the resulting paper record may not be a reliable record for a manual audit.[1]

President Trump's Executive Order (EO) 14248 instructed agencies to ensure that elections are being held in compliance with the federal laws that protect Americans' voting rights and guard against vote dilution by illegal voting, discrimination, and other forms of malfeasance and error. EO

[1] See CISA Report in which researchers noted, "[H]ackers could change the votes encoded in the barcode, without having physical access to the machines." (P. 4) https://www.whitehouse.gov/wp-content/uploads/2026/07/Vulnerabilities-in-Electronic-Voting-and-Ballot-Counting-Systems.zip

14248 also raised the issue of the security of voting systems that rely on barcodes and QR codes. Therefore, we asked DOJ to review our findings and make a determination regarding HAVA.

The second issue requires a bit more background information. Generally, we asked DOJ to review the legality of ongoing sharing of state motor vehicle data and voter registration data with several private non-profit non-governmental organizations (NGOs). We flagged concerns regarding potential violations of the Driver's Privacy Protection Act (DPPA), 18 U.S.C. §§ 2721–2725 through states' disclosure of sensitive state motor vehicle data for use in identifying and registering individuals who had previously declined to register to vote.

In September 2025, DHS representatives met with representatives from DOJ and discussed the public reporting available regarding this issue. By way of background, the Electronic Registration Information Center (ERIC) was created by Pew Charitable Trusts, in part, to facilitate access to comprehensive data in state motor vehicle databases. Marketed as a voter list maintenance organization[2], ERIC exposes millions of citizens' sensitive private data to unknown contractors, subcontractors, and agents[3] of ERIC—potentially in violation of the DPPA. In practice, it appears ERIC lobbies states to sign a contract that requires the disclosure of the private data of individuals who were not registered to vote and therefore certainly could not be in need of voter list maintenance. The data fields disclosed include Social Security numbers and driver's license numbers.

Prior to the 2020 election, ERIC shared that sensitive, protected motor vehicle data with at least one other private organization. The Center for Election Innovation and Research (CEIR) received over $70 million from the Chan Zuckerberg 501(c)(3) organization, which was used to provide grants to state election officials who agreed to turn over sensitive private data to CEIR. This sharing and resharing of Motor Vehicle Agency data among NGOs may not qualify as a permissible use of motor vehicle data identified in the DPPA. This category of data regarding potential voters is incredibly valuable to political parties and campaigns.

A primary function of ERIC appears to be identifying individuals who are potentially eligible to vote but who are currently unregistered. All eligible but unregistered (EBU) individuals identified in the state motor vehicle database are contacted and encouraged to register. The list of EBUs is created by comparing information from the statewide voter registration database to the list of all individuals in the state motor vehicle database.

According to publicly available reporting, in 2020, Pennsylvania's $13 million grant agreement from CEIR included the following terms: "Grantee agrees to cooperate with CEIR, including providing data, as CEIR reasonably requests."[4] The data requested included state motor vehicle data, originally shared with ERIC, to be used by CEIR to create the EBU lists for outreach. ERIC acknowledges that the EBU list is created using data that is protected by the DPPA.[5]

---

2 https://restoration-news.com/eric-the-best-data-money-cant-buy-pt-1
3 https://ericstates.org/wp-content/uploads/documents/ERIC-Bylaw-MA-FINAL.pdf
4 https://verityvote.us/eric-sharing-data-with-zuckerburg-funded-ngo/
5 https://ericstates.org/wp-content/uploads/documents/ERIC-Bylaw-MA-FINAL.pdf

The ERIC model contract requires states to share "all licensing or identification records from motor vehicles departments" at least every 60 days.[6] Despite the fact that the MVA data will be used to identify EBUs, the model contract prohibits states from sharing data related to citizenship. The ERIC model contract provides that "[u]nder no circumstances shall the Member transmit an individual's record where the record contains documentation or other information indicating that the individual is a non-citizen of the United States."[7]

This problem has direct implications for our efforts to prevent alien voting. In 2022, the ERIC EBU list included 30,000 non-citizens in the state of Colorado. These 30,000 non-citizens received invitations to register from the Colorado Secretary of State[8]. The state later identified the error and "appli[ed] several efforts to prevent or reject anyone not eligible to vote from registering."[9] We have serious concerns about the potential for alien registration across other states.

One of ERIC's purported benefits is its ability to identify deceased registrants. States may request a report[10] from ERIC which should include a list of individuals registered in the state who have died. The State of Georgia has been sharing DPPA-protected data with ERIC since 2019. However, when Georgia ran its state voter file through the Systematic Alien Verification for Entitlements (SAVE) system in 2026, my analysts at U.S. Citizenship and Immigration Services identified more than 42,000 deceased registrants on Georgia's state voter rolls.

In February of 2026, a citizen in Washington State discovered hundreds of ballots next to a dumpster[11] at a commercial mailbox rental business in Renton, Washington. In addition, the citizen discovered 550 ERIC "Eligible but Unregistered" voter registration postcards mailed to the same commercial address from the Secretary of State. In my view, this mass mailing of voter registration material to unvetted addresses is another indicator of the reckless use of DPPA-protected motor vehicle data that could potentially result in alien voter registration and alien voting.

ERIC claims that its use of MVA data is permitted under the government function exception. Relevant factual information previously discussed with DOJ representatives included:

- Congress specified 14 specific exceptions under which private MVA data may be lawfully disclosed. (18 U.S.C. § 2721).
- The National Voter Registration Act (NVRA) does require states to maintain accurate voter rolls by removing ineligible voters, but it does not appear to create a government function for proactively identifying eligible but unregistered individuals. (52 U.S.C. § 20507)
- The state MVA data sharing frequency required by the model contract potentially belies a government function because it appears that no function is being performed with the data at that frequency. Under the ERIC model contract, states must share motor vehicle data at least every 60 days, but ERIC only uses the MVA data to produce reports—if requested—once or twice a year.

---

[6] *Id.*
[7] *Id.*
[8] https://coloradosun.com/2022/10/10/colorado-30000-noncitizens-got-voter-registration-mailer/
[9] *Id.*
[10] Reports are not produced or provided by ERIC unless requested by the state.
[11] WA State Abandoned Box of Election Materials - More Data Analysis Shows Amazing Find is Bigger than Expected | Skagit County Republican Party

- Because Section 5 of the NVRA requires states to offer voter registration opportunities at state motor vehicle agencies, the vast majority of EBUs identified by ERIC are individuals who have already declined to register to vote when offered the opportunity to register.
- The founder of ERIC announced that the majority of individuals targeted as EBUs were the target for Democrat voter registration drives.[12]
- The founder of ERIC later announced that ERIC is the single most effective voter registration drive in history.[13]

ERIC officials claim that disclosure of the MVA data to CEIR was permitted under the research exception. Relevant factual information previously discussed with DOJ representatives included:

- It is my understanding that § 2721(b)(5) permits disclosure "[f]or use in research activities," but disclosure must strictly comply with three mandatory requirements: the personal information cannot be published, redisclosed, or used to contact individuals.
- In 2020, the ERIC model contract required states to "at a minimum, initiate contact with each and every eligible or possibly eligible citizen" identified on the EBU list.[14] Email communications received via a public records request in the state of Georgia show that CEIR was "coordinating ERIC EBU outreach" which was contacting each individual identified in the motor vehicle file.

I look forward to our continued collaboration as we support the President's America First agenda. Please don't hesitate to reach out if you have any questions as you review these referrals with your team.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

---

[12] https://archive.org/details/2011-07-14-e-1
[13] https://www.youtube.com/watch?v=Y5dJEYEB5qY&t=1310s
[14] https://web.archive.org/web/20200815035300/https://ericstates.org/wp-content/uploads/2020/02/ERIC_Bylaws_01-2020.pdf

# Preliminary Election Reconciliation - Unofficial Totals

Disclaimer: These numbers are subject to change as information is verified after election day

| | | | |
|---|---|---|---|
| County | **Dallas** | Election Name | **2026 General and Joint Election** |
| Registered Voters | **1,497,907** | Election Date | **Tuesday, November 3, 2026** |

| 1. Voters | | 2. Rejected or Pending ballots | | 3. Counted ballots | |
|---|---|---|---|---|---|
| **A.** In person voters | 772,011 | **D.** Provisional ballots rejected or pending | 2,104 | **G.** In person ballots counted | 770,617 |
| **B.** By mail voters | 22,194 | **E.** Mail ballots rejected or pending | 988 | **H.** Mail ballots counted | 21,040 |
| **C.** Total voters (A+B) | 794,205 | **F.** Total ballots rejected (D+E) | 3,092 | **I.** Total ballots counted (G+H) | 791,657 |

| 4. Comparison of voters and counted ballots | | | |
|---|---|---|---|
| **J.** Difference between voters and ballots (C-F-I) | (544) | **K.** Difference as a percentage of voters (J÷(C-F)*100) | -0.07% |

**L.** Notes:

## 5. Attestation

**M.** "I certify that the information contained in this preliminary reconcilliation document accurately reflects the unofficial votes and voters as known to me on election night. The information may change based on provisional votes, mail ballots, and additional reconcilliation efforts by election personnel."

| Presiding Judge Signature | Print Name | Date |
|---|---|---|
| [signature] | Veree Hawkins / Brown | 11/4/26 |

| Alternate Judge Signature | Print Name | Date |
|---|---|---|
| [signature] | LEE JENKINS | 11/4/26 |

## 6. Ballots that could be added to the final count

Disclaimer: These numbers typically change as information is verified after election day

| | | | |
|---|---|---|---|
| **N.** Mail ballots not returned or pending voter action | 5,262 | **O.** Estimated Provisional ballots | 1,941 |

# Preliminary Election Reconciliation - Unofficial Totals

Disclaimer: These numbers are subject to change as information is verified after election day

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | County | LUBBOCK | | Election Name | Joint General and Special Elections | | | |
| 3 | Registered Voters | 205,360 | | Election Date | Tuesday, November 3, 2026 | | | |
| 4 | | | | | | | | |
| 5 | 1. Voters (from election rosters) | | | 2. Rejected or Pending ballots (pending review, pending voter action, or rejected) | | | 3. Counted ballots (from tabulation software) | |
| 6 | A. In person voters | 104,232 | | D. Provisional ballots rejected or pending | 1,283 | | G. In person ballots counted | 102,704 |
| 7 | B. By mail voters | 2,500 | | E. Mail ballots rejected or pending | 386 | | H. Mail ballots counted | 2,114 |
| 8 | C. Total voters (A+B) | 106,732 | | F. Total ballots rejected or pending (D+E) | 1,669 | | I. Total ballots counted (G+H) | 104,818 |
| 9 | | | | | | | | |
| 10 | 4. Comparison of voters and counted ballots | | | | | | | |
| 11 | J. Difference between voters and ballots (C-F-I) | | | 245 | K. Difference as a percentage of voters (J÷(C-F)*100) | | | 0.23% |
| 12 | L. Notes: This does not include approximately 350 Absentee Ballots yet to be processed. | | | | | | | |
| 13 | | | | | | | | |
| 14 | 5. Attestation | | | | | | | |
| 15 | M. "I certify that the information contained in this preliminary reconcilliation document accurately reflects the unofficial votes and voters as known to me on election night. The information may change based on provisional votes, mail ballots, and additional reconcilliation efforts by election personnel." | | | | | | | |
| 16 | Presiding judge signature [signature] | | | Print name Ronny Gallagher | | | Date 11/4/2026 | |
| 17 | | | | | | | | |
| 18 | 6. Ballots that could be added to the final count — Disclaimer: These numbers typically change as information is verified after election day | | | | | | | |
| 19 | N. Mail ballots not returned or pending voter action | 869 | | O. Estimated Provisional ballots | 1,251 | | | |

Close ×

Print-Friendly View | Accessible Transcript View | 1 / 1 | Find & Zoom | Hotkeys | ×

Registered Voters 102602 Election Date 11/3/24

| 1. Voters (from election rosters) | | 2. Ballots Rejected or Pending Review/Voter Action | | 3. Counted Ballots (from tabulation software) | |
|---|---|---|---|---|---|
| A. In person voters (checked in) | 51426 | D. Provisional ballots rejected or pending | 87 | G. In-person ballots counted | 51410 |
| B. By mail voters (received) | 2255 | E. Mail ballots rejected or pending | 15 | H. Mail ballots counted | 2240 |
| C. Total voters (A + B) | 53681 | F. Total ballots rejected or pending (D + E) | 102 | I. Total ballots Counted (G + H) | 53650 |

**4. Comparison of Voters and Counted Ballots**

J. Difference between voters and ballots (C - F - I) -71

K. Difference as percentage of voters (J ÷ (C-F) * 100) -0.1325 %

L. Notes:

**5. Attestation**

M. "I certify that the information contained in this preliminary election reconciliation document accurately reflects the unofficial votes and voters as known to me on election night. The information will likely change based on provisional votes, mail ballots, and additional reconciliation efforts by election personnel."

[signature] Signature of Presiding Judge | Danielle Link Printed Name of Presiding Judge | 11/03/2026 Date (mm/dd/yyyy)

**6. Ballots That Could Be Added to the Final Count**

| N. Mail ballots not returned or pending voter action | 189 | O. Estimated provisional ballots | 87 |
|---|---|---|---|

### Preliminary Election Reconciliation – Unofficial Totals

1 page · Dated: July 2026

Completed election reconciliation form for Randall County General Election dated 11/3/24, prescribed by the Secretary of State under Section 127.131(f), Texas Election Code.

Ask a Question

Translate

Disability Assistance

Download Original PDF

Print PDF

Download Transcript

Powered by DocAccess
Your Documents — Transcribed, Searchable, Translated & Assisted — Instantly Accessible

Accessibility features powered by AI. By using this app, you agree to the Terms and Privacy Policy.

Accessibility features powered by AI. By using this app, you agree to our Terms and Privacy Policy. ×

Voter Registration ▸

Poll Worker Survey

Services Available to Voters with Disabilities

Unofficial Cumulative Results

Preliminary Election Reconciliation – Unofficial Totals

Notice to Convene Ballot Board

Notice of General Election

Randall County Appraisal District Order of Cancellation

Mail Ballot Roster

Early Voting Daily Totals

Early Voting Roster

Election Day Vote Centers

Early Voting Schedule

Notice of Public Test

Notice of Public Testing of Electronic Pollbooks

Certification of Public Logic and Accuracy Test

Certification of Logic and Accuracy Test of Electronic Pollbook Equipment

**Some important things to know for this election:**

Verify your voter registration early. Don't wait until Election Day to check your status. Call us or visit www.votetexas.gov. You can NOT register to vote online BUT you can make changes to your voter registration before the deadline. This tool will now allow a voter to change their voter registration from an old county to a new county. Be aware of potential fake registration sites on social media.

- Mail ballots are available to voters who meet the criteria issued by the State of Texas. If you qualify to vote by mail, contact us.
- The USPS suggest that all ballots are mailed back to this office at least 7 days before Election Day.

## Early Voting

Early Voting in person is Monday, October 19, 2026 through Friday, October 30, 2026.

## Last Day to Register

The last day to register to vote or make changes to existing registration is Monday, October 5, 2026. You do NOT need to re-register to vote if you have not moved or made

**Hours**

Monday through Friday

8 a.m. to 5 p.m.

Directory

## Quick Links

- Am I Registered to Vote

View All

any changes since your last registration. Your voter registration does not expire.

## Ballot by Mail

Ballot by Mail applications must be **received (not postmarked)** by **Friday, October 23, 2026**. The Application for Ballot by Mail may be mailed, emailed to the Elections Administrator, or faxed to 806-656-2151. The original hard copy must still be mailed and received in this office within 4 days of electronic submission. The ballot will NOT be mailed until the original application is received. The Application for Ballot by Mail and the criteria has changed. Please read the application completely and contact this office if you have questions.

**If you meet the requirements to vote by mail in Texas, all mail ballot applications must include either your Texas Driver's License number or the Last 4 digits of your Social Security Number**. You must use the same identification number that is associated with your voter registration record. This will be your Driver's License Number or the Last 4 digits of your Social Security Number.

If you would like to have your ballot mailed to you for every election you are eligible to vote in during 2026, you may select **ANNUAL Application**. This application will expire on December 31, 2026.

Your Driver's License Number and/or the Last 4 digits of your Social Security Number **MUST** be entered on your **mail ballot envelope when returning your ballot**. There is a very small space under the flap of the envelope for this information. You must do this step **BEFORE** signing in the designated space. If you have any questions, please contact our office.

## Curbside Voting

Under section 64.009 of the Texas Election Code, if a voter is physically unable to enter the polling place without personal assistance or likelihood of injuring the voter's health, then an election officer shall deliver a ballot or voting machine to the voter at the polling place entrance or curb on the voter's request. This process is commonly referred to as "curbside voting." If you meet the qualifications for curbside voting, please call or text (806) 468-5510 for assistance.

### Voting & Election Information

- Notice of Voting Order Priority (PDF)
- Secretary of State Health Protocols

JOBS
ONLINE PAYMENTS
JURY INFORMATION
TAXES
NOTIFY ME®
AGENDAS & MINUTES

RANDALL COUNTY

Quick Links
Commissioners Court
Employment Opportunities
Tax Office
Voter Registration
Protecting the Customer
Public Wi-Fi Information
Privacy Policy

501 16th Street
Suite 305
Canyon, TX 79015
(806) 468-5500
Toll Free (833) 793-1470
Email County Judge
County Directory

Helpful Links
Home
Site Map
Accessibility
Copyright Notices
Disclaimer

Government Websites by CivicPlus®

Enable Google Translate

# Preliminary Election Reconciliation - Unofficial Totals

**Disclaimer: These numbers are subject to change as information is verified after Election Day**

**County:** Harris **Election Name: General and Special Elections**

**Registered Voters:** 2,761,770 **Election Date: November 3, 2026**

| 1. Voters (from election rosters) | |
|---|---|
| A. In Person Voters | 1,344,609 |
| B. By mail voters | 48,886 |
| C. Total Voters (A+B) | 1,393,495 |

| 2. Rejected or Pending Ballots (pending review; pending voter action or rejected) | |
|---|---|
| D. Provisional Ballots Rejects or pending | 3,605 |
| E. Mail Ballots rejected or pending | 1,695 |
| F. Total Ballots rejected or pending (D+E) | 5,300 |

| 3. Counted Ballots (from tabulation software) | |
|---|---|
| G. In person ballots counted | 1,345,094 |
| H. Mail ballot counted | 47,186 |
| I. Total ballots counted (G+H) | 1,392,280 |

| 4. Comparison of voters and counted ballots | | | |
|---|---|---|---|
| J. Difference between voters and ballot (C - F - I) | -4,085 | K. Difference as percentage of voters (J ÷ (C-F) * 100) | -0.294% |

**L. Notes: Election Day's ePollbooks may not sync. Mail ballot counted number(H) does not include the empty ballot envelopes. This includes limited voters and voters on the omissions list.**

## 5. Attestation

**Q.** "I certify that the information contained in this preliminary election reconciliation document accurately reflects the unofficial votes and voters as know to me on election night. The infomation will likely change based on provisional votes, mail ballots, and additional reconciliation efforts by election personnel."

[signature] Bernard Johnson 11/4/2026

Presiding Judge Signature Print Name Date

| 6. Ballot that could be added to the final count<br>Disclaimer: These numbers typically change as information is verified after Election Day | | | | |
|---|---|---|---|---|
| N. Mail ballots not returned or pending voter action | 9,752 | | O. Estimated Provisional Ballots | 3,605 |

**Hart Verity Voting System misread a mail-in ballot for adding votes**

**Public L & A Testing for 11/3/2026 Joint General and Special Elections**

**AFFIDAVIT of Xiaomei Wang**

BEFORE ME, the undersigned authority, on this day personally appeared Xiaomei Wang, who, being by me duly sworn, deposed and said:

My name is Xiaomei Wang. I am above the age 18 years and am fully competent to make this affidavit, and I currently reside at 13332 Spinning Glen St. Euless TX 76040-7271.

Facts stated in this affidavit are within my personal knowledge, are true and correct and have been documented from my personal observation. Also present at the scene were two staff members from the Tarrant County Elections Department, as well as a Libertarian, a Republican, and two Democrats from the Tarrant County Testing Board.

I was a member of the Tarrant County Testing Board for the 11/3/2026 Joint General and Special Elections. The Public L & A Testing has taken place Sept.14 -Sept. 22, 2026 at 3333 Quorum, Ste. 280, Fort Worth, Texas and 2700 Premier St. Fort Worth, Texas. I was tasked with verifying tapes generated by the voting machines being tested, observing scanning mail-in ballots, and verifying daily testing results to the expected results.

At approximately 10:00 AM on September 18, the Testing Board—consisting of myself, Kat Cano who is Presiding Judge of the Testing Board, Jocelyn Pantke and another two Testing Board members; staff members Paul and Jessica — gathered in Ballot Board room in 2700 Premier Street to reconcile the September 17th tested ballots' results. Staff member Paul scanned the mail-in ballots using a Cannon scanner located closest to the storage room window. The batch of "Derrick Day 4" generated unexpected outputs: unintended overvotes and votes that conflicted with expected results. The digital scan image revealed a faint, intermittent vertical line on the left side of the ballot. While broken, this line visibly ran through and intersected selection boxes from top to bottom. A physical inspection of the ballot batch revealed no such line or mark on the paper. The Central Server's workstation number is D1800212205 that contains the Hart voting system to read the ballots and was located next to the Cannon scanner and read the testing mail-in ballots.

Kat and Jocelyn stated that they felt tiny foreign particles on the paper surface. I did not feel them, but Kat pointed out a speck smaller than one square millimeter, which was nearly invisible without close inspection. Kat and Jocelyn believed this particle caused the thin line. Kat stated that this was the same type of misread that occurred during the January test and that "we were unable to replicate that misread," attributing it to a piece of dust.

I expressed serious concerns. Because real-time election scanning does not benefit from known "expected results", such misreads would pass unnoticed during the actual election, potentially creating votes on un-marked selection boxes. I also requested to report the incident to the vendor for technical examination. Kat replied it had been already reported in February. Then the digital image was deleted by Kat's order.

The batch containing the misread was rescanned after the deletion. There were no misread found by referring to the expected results. *[attached hereto as Exhibit A: Batch summary report -run date & time: 9/21/2026 10:22AM]*

I have formally requested the Tarrant County Elections Department to recover the misread image and to report on the matter to the vendor to obtain a professional response.

This is no longer an isolated incident of misinterpretation. The fact that these errors in Public L & A Testings have been documented on three separate elections within a 12-month period in Tarrant County heightens fears that similar, hard-to-detect errors could occur during actual elections. Consequently, this issue warrants serious attention; every incident should be consistently reported to the vendor and explained to the public *[ attached hereto as Exhibit B: Affidavit on Jan.20, 2026 on voting system misread incident. An Exhibit C: Affidavit by Karen Wiseman on Dec. 11, 2025 Hart Voting System flipped vote]*. Furthermore, the deliberate deletion of files containing misread data has not only raised concerns regarding the relevant departments' compliance with election material custody and management protocols but has also sparked further anxiety about the urgency with which the authorities are collaborating with the vendor to implement improvements.

**Signature of Affiant**

Xiaomei Wang

**NOTARY JURAT / ACKNOWLEDGMENT**

STATE OF Texas

COUNTY OF Tarrant

Subscribed and sworn to (or affirmed) before me on this 5 day of October, 2026, by

Xiaomei Wang

**Signature of Notary Public**

**Printed Name of Notary:** Curtis Robinson Jr

**My Commission Expires:** 12-23-2026

CURTIS ROBINSON JR
Notary ID #125587532
My Commission Expires
December 23, 2026
NOTARY PUBLIC STATE OF TEXAS

Exhibit A

**ch Summary Report**

**Public Test Day Premier**

Run Time 10:22 AM
Run Date 09/21/2026

**Tarrant County**

**Joint General and Special Elections**

**11/3/2026**

Page 1 of 1

21 Sep 26

| Batch ID | Voting Method | Scanned Date | Workstation | Scanned Ballots | Deleted Ballots | Ballots in Batch | Resolved Ballots | Unresolved Ballots | Written to vDrive | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Paper | 9/18/2026 10:16:37 AM | D1800212205 | 102 | 0 | 102 | 102 | 0 | 102 | Lisa Day 4 |
| 2 | Paper | 9/18/2026 10:18:36 AM | D1800212205 | 70 | 70 | 0 | 0 | 0 | 0 | Derrick Day 4 |
| 3 | Paper | 9/18/2026 10:20:53 AM | D1800212205 | 80 | 0 | 80 | 80 | 0 | 80 | Zack Day 4 |
| 4 | Paper | 9/18/2026 10:22:39 AM | D1800212205 | 74 | 0 | 74 | 74 | 0 | 74 | Eric Day 4 |
| 5 | Paper | 9/18/2026 10:24:34 AM | D1800212205 | 84 | 0 | 84 | 84 | 0 | 84 | Jose Day 4 |
| 6 | Paper | 9/18/2026 10:26:31 AM | D1800212205 | 123 | 0 | 123 | 123 | 0 | 123 | Justice Day 4 |
| 7 | Paper | 9/18/2026 10:38:29 AM | D1800212205 | 70 | 0 | 70 | 70 | 0 | 70 | Derrick Day 4 |
| 8 | Paper | 9/21/2026 10:10:51 AM | D1900240412 | 66 | 0 | 66 | 66 | 0 | 66 | JC Day 5 |
| 9 | Paper | 9/21/2026 10:12:20 AM | D1900240412 | 70 | 0 | 70 | 70 | 0 | 70 | Eric Day 5 |
| 10 | Paper | 9/21/2026 10:14:29 AM | D1900240412 | 66 | 0 | 66 | 66 | 0 | 66 | Jose Day 5 |
| 11 | Paper | 9/21/2026 10:16:34 AM | D1800212205 | 66 | 0 | 66 | 66 | 0 | 66 | Derrick Day 5 |
| 12 | Paper | 9/21/2026 10:18:07 AM | D1800212205 | 83 | 0 | 83 | 83 | 0 | 83 | Lisa Day 5 |
| 13 | Paper | 9/21/2026 10:20:49 AM | D1800212205 | 1 | 0 | 1 | 1 | 0 | 1 | Lisa Day 5 PT 2 |
| | | Totals for Workstation D1800212205: | | 753 | 70 | 683 | 683 | 0 | 683 | |
| | | Totals for Workstation D1900240412: | | 202 | 0 | 202 | 202 | 0 | 202 | |
| | | Grand Totals: | | 955 | 70 | 885 | 885 | 0 | 885 | |

JR

Exhibit B

A-143TC – Standard Affidavit
Prescribed by Secretary of State
Section 63.010, V.T.C.A., Election Code

| Pct. No. (Núm. de Pct.) | Authority conducting election (Autoridad administrando la elección) |
| --- | --- |
| Date of Election (Fecha de la Elección) 3/3/26 | Type of Election (Tipo de Elección) L&A TESTING — FOR PRIMARY ELECTIONS 2026 — TESTING BOARD |

TODAYS DATE 1/20/26

# STANDARD AFFIDAVIT
## (DECLARACION JURADA GENERAL)

I, JENNIFER BLOUNT, ~~Kath~~ Katherine Cano, KARE ~~Kee~~, KAREN WISEMAN,
(Yo,

solemnly swear that I WITNESSED AN ORIGINAL PAPER (MACHINE MARKED) BALLOT THAT DID
juro solemnemente que)
NOT HAVE ANY MARK FOR "CANDIDATE OKEY ANYIAM" BUT WHEN THIS BALLOT WAS RUN THROUGH THE BALLOT BOARD ROOM SCANNER, THE ON-SCREEN DISPLAY SHOWED A SMALL MARK FOR THE CANDIDATE AND IT WAS RECORDED ON MACHINE PRINTED TALLY SHEET AS A FOR VOTE FOR THE CANDIDATE. THIS ERROR ALSO HAPPENED ON ANOTHER SCANNER DURING EQUIPMENT TESTING AS REPORTED TO ME BY KAT CANO. PAUL BENEVIDES WAS OPERATING THE BALLOT BOARD ROOM SCANNER. WITNESSES TO THIS EVENT WERE: KAT CANO, JOCELYN PANTKE, KAREN WISEMAN, ~~[illegible] TROWBRIDGE~~ JP SG + AMIE SUPER

[signatures: Jennifer Blount, Karen Wiseman, Katherine Cano, Jocelyn Pantke]

Signature of Voter (Firma del Votante)
BALLOT BOARD MEMBER

Sworn to and subscribed to before me, this 20 day of JANUARY, 2026.
(Jurada y firmada ante mi la fecha indicada arriba.)

[signature]

Signature of Presiding Judge (Firma del Juez Presidente)

(Condado de) Tarrant County
State of Texas (Estado de Texas)

PLACE IN ENVELOPE NO. 2

2/12

Exhibit Page 1

# Hart Intercivic Verity Scanner flipped vote for Candidate to Undervote Public Testing for 1/31/2026 State Senate, District 9 Runoff Election AFFIDAVIT OF Karen Wiseman

Karen Wiseman appeared in person before me today and stated under oath:

My name is Karen Wiseman. I am above the age of 18 years and am fully competent to make this affidavit. I am a registered voter in Tarrant County, Texas. My voter registration address is 2424 Colonial Pkwy, Fort Worth, TX 76109. My state VUID number is 1044600160. Facts stated in this affidavit are within my personal knowledge, are true and correct and have been documented from my personal observation and was also witnessed by an employee of Tarrant County Elections and a Democratic member of Ballot Board.

I was a member of the Tarrant County Testing Board for the 1/31/26 State Senate, District 9 Runoff Election administered by Tarrant County Elections. The Public Testing took place 12/10/25 – 12/11/25 at a Tarrant County Election facility located at 3333 Quorum, Suite 280, Fort Worth, Texas. I was tasked with verifying tapes produced by the machines being tested, witnessing test ballots being scanned and verifying the thumb drives removed from the machines being tested, properly reported election results from the test ballots.

On 12/11/25 at 10:11 AM, Paul Benevides of Tarrant County Elections, Marion Ross, a Democratic Party Ballot Board member and member of the Public Testing Board and I were in the Control Room at Quorum, validating the results of the testing. There were 6 locations being tested and when the batch of 72 ballots from The Sheriff's Office-Election Day location program were run through the Hart Intercivic Verity Scanner by Paul Benevides, the results did not come out as expected. The test should have produced 72 votes for Taylor Rehmet and zero votes for Leigh Wambsganss. Instead, the results showed 71 votes for Taylor Rehmet and 1 undervote.

The Hart Intercivic scanner captures images of the paper ballots as it tallies the race totals, so we were easily able to locate the image of a ballot that had the undervote. Using the serial number on the image, we found the original paper ballot with the matching serial number. The original paper ballot had a square next to Taylor Rehmet's name completely blackened. The Hart Intercivic scanner captured image was identical to the original ballot in every way except that the square next to Mr. Rehmet's name was not blackened and instead it was a blank square. Paul Benevides decided to run the batch again to see if it cleared up the issue, but the same thing happened again. The scanner removed the vote from the square and counted it as an undervote. Mr. Benevides then ran the batch without this ballot and ran the problematic ballot by itself and this time the scanner properly counted the ballot. See attached Batch Summary Report - Exhibit A.

When I protested and asked how the scanner could remove a vote from a ballot both Paul Benevides and Marion Ross, at about the same time said it was nothing to worry about and just a system glitch. Neither were concerned about the vote removal, and they moved on with the testing. In addition, we saw this same phenomenon in the Recount of a small race for the 3/5/24 Primary Election for Constable, Precinct No. 1 - Republican Party that took place 3/25/24 – 4/11/24 at 2700 Premier St., Fort Worth, Texas. In the Recount, Absentee ballots for Precinct 1001 showed 1 vote for Adam Hanson and 1 undervote in the Tarrant County Election Reporting produced by the Hart Intercivic software. However, when we viewed the actual ballots, there were 2 votes for Adam Hanson in Precinct 1001 and no undervotes. This is just one example in the Hanson race related to the undervotes.

Exhibit page 2

This is also concerning because during the adjudication process of an actual election, we rely solely on the ballot image provided by the Hart Intercivic Verity system unless the ballot or image is unclear or damaged, and then we may pull the physical paper ballot. In a real election, we put all potentially problematic paper ballots on the top of the stack for this reason. In the 12/11/25 scenario, the original ballot was perfect and would not have been flagged as problematic so in the case of this system error, we would have relied solely on the system image which had been altered. We knew this was a problem in Public Testing because we knew the outcome the test deck would produce but in an actual election, we do not know the outcome and would not have caught the fact that a vote had been removed.

Further Affiant sayeth not.

Karen F. Wiseman

State of Texas
County of TARRANT

Before me, Phoenix Bryant, on this day personally appeared Karen Wiseman, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 17th day of December 2025.

PHOENIX BRYANT
Notary Public, State of Texas
My Comm. Exp. 03-05-2028
ID No. 134795113

Notary Public, State of Texas

@Lorionafarm • TALLY TEXAS NEWS

# Affidavit of Findings During Poll Watching

1. My name is Tamra Lehman. I am a registered voter of Tarrant County, Texas. During the November 3, 2026 Joint General and Special Elections, I was appointed by the Tarrant County Republican Party to serve as a credentialed Poll Watcher, and I did serve in that capacity.
2. The facts contained in this sworn statement are within my own knowledge and are true and correct.
3. On Oct 20, 2026 I arrived at Chisholm Trail Community Center at 8:10 am to poll watch. Election Judge Janice Flowers stated that she was waiting for a Sheriff Deputy and Tarrant County Elections Administration (TCEA) to arrive and switch out her scanner. Voters were inserting their voted ballots in the emergency bin slot on the ballot box. Mrs. Flowers stated that when she had powered on the scanner prior to opening at 8 am, the machine gave her a "System Alert" message. She called the issue in to TCEA. They walked her through a series of steps to troubleshoot, but the scanner would not work properly. I observed TCEA replacing the scanner.
4. On Oct 21. 2026 I arrived at Southlake Town Center at 10:30 am to poll watch. I noted that there was a discrepancy of approximately 900 fewer ballots deposited into the two scanners compared to total voter check-ins. I asked Lead Clerk Cynthia Severson if TCEA had changed out a scanner. She said a scanner had malfunctioned and was replaced by TCEA. That scanner had around 900 ballots on it, she stated.
5. On Nov 3, 2026 I arrived at Crowley Assembly of God at 8:20 am to poll watch. I noticed a TCEA technician working with the Controller and duos. Election Judge Gail Jenkins stated that the daisy chains between the Controller and duos were not providing adequate connectivity. She reported the problem and TCEA sent out the technician. He got the connectivity issue resolved while I was there.
6. On Nov 3, 2026 I arrived at Jerilyn K. Pfeifer Administration Building at 9:50 am to poll watch. Election Judge Michelle stated that a TCEA technician had been dispatched earlier to bring power cords for five duos that were missing from the equipment cabinet. They had to open the polls at 7 am with these five duos inoperable until the cords arrived.
7. On Nov 3, 2026, I arrived at Forest Hill Civic and Convention Center at noon to poll watch. The last 3 duos in a line of 11, had an "Out of order" sign on each. I assumed there was a connectivity issue with Controller #1. I reviewed the number of voter records displayed on the four e-pollbooks. This number appears on the screen of each e-pollbook in the upper center of the display as "Precinct Records" and in the upper right-hand corner as "Countywide Records". It represents the number of

records in TCEA's voter registration database. I noted that 3 of the 4 e-pollbooks showed 1,376,952 records at 1:15 pm. These e-pollbooks were being used inside the polling location to check in voters. The fourth e-pollbook was being used for curbside voting. That e-pollbook displayed 1,340,471 records, or 36,481 fewer records than the other three. Curbside voter election clerk Ben Swallow brought the 4th e-pollbook inside the polling location so its battery could charge. When he placed the device on the check in table, I noticed a notification appearing on its display "Cellular data is turned off". I alerted Election Judge Brenda Dunn to what I was noticing regarding the missing records and the cellular data notification. She did not seem to understand this irregularity. I stepped out of the polling location to report the discrepancy to Gail Smith so she could relay the information on to TCEA. I left at 2:15 pm to go to another polling location. Fellow poll watcher Kirk Byrom later visited Forest Hill and noted at 16:12 pm that the Countywide Records read 1,377,238. Somehow the 4th e-pollbook had updated.

8. At 1:30 pm on Nov 3, 2026, I alerted poll watchers in a text thread to observe the number of Countywide Record numbers. Poll watcher Michele Vandal responded in the text thread that The Greenway Church had an e-pollbook reporting 1,370,009, or 6,943 less than 1,376,952. I reported the discrepancy to Gail Smith so she could report it to TCEA. Poll Watcher Angelia Cartwright noted when she poll watched at The Greenway Church around 5 pm, one e-pollbook read 1,377,422 and the other 1,377,437. The e-pollbook that was lagging in connectivity earlier had somehow been updated.
9. On Nov 3, 2026, I arrived at Bob Duncan Center at around 3 pm and poll watched until 7:10 pm. I observed the check in of voters. At about 5:30 pm, I noted, "Many, many people not in pollbook!!" Most voters were confused on why they were not showing up when they had been voting in previous elections with no issues at check in. A few voters did mention that maybe their registration did not get turned in on time. Some voters left; some chose to stay while Election Judge Grace Darling or another clerk called TCEA to learn the voter's status.
10. During a phone call on Nov 4, 2026, Eloise Kennedy stated that she worked at the TCEA phone bank answering questions coming in from Election Judges on Nov 3. She stated that 99% of her calls were regarding paper jams on duos.
11. TCEA presented a morning training session on October 14, 2026 for Early Voting election workers. I attended. Bill Hass was the presenter. Page 112 of the training manual shows "Reminder: Leave Poll Pads on to receive updates overnight." (See Exhibit A) He stated that the poll pads could be left on the table overnight if no other person had a key to enter the polling location room. He also stated that if there was a possibility that someone might gain access to the room, they could place the poll

pads inside their cases, but leave them powered on so they could update. He did not state to lock and seal the cases. Other machines at the polling location, such as the Controller, Scanner, and Duo Standalone machines are to be locked and sealed with a serialized plastic zip tie seal when the polling location is closed.

12. While poll watching at the Vernon Newsom polling location after closing at 5 pm on October 20, I observed the workers leaving their five poll books on the check in table before leaving for the night.

T Lehman — 11/6/2026

Tamra Lehman — Date

# Closing the Poll Pads

- ✓ Press **"Cloud"** icon then select **SYNCHRONIZE NOW.**
- ✓ Press the ☰ button.
- ✓ Press **Tap to Exit**.
- ✓ Exit application? will appear

  Are you sure you wish to close Poll Pad?

  Select **Exit Application**.

Exhibit A

***Reminder: Leave Poll Pads on to receive updates overnight.**

## NOTARY STATEMENT

In the State of Texas,

County of Tarrant

I swear that on this 6 day of November 2026, the above-named Affiant, Tamra Leham, appeared before me, and of his/her own free will, signed and executed this Affidavit of Findings During Poll Watching.

Crystal Dawn Hull

NOTARY PUBLIC

My commission expires: 05/29/30

Seal:

NOTARY PUBLIC STATE OF TEXAS
Crystal Dawn Hull
My Commission Expires
5/29/2030
Notary ID 135559920

## STATEMENT OF FACT

### Observations at Tarrant County Central Count

I, Richard C. Jimmink, served as a poll watcher at the Tarrant County Elections Central Count facility located at 3333 Quorum Drive, Fort Worth, Texas, on November 3, 2026 from approximately 1:00 PM to 7:45 PM.

During my service as a poll watcher, I personally observed two separate events involving election equipment and ballot processing operations that raised questions regarding the performance and reliability of the vote processing system.

### Event 1 — Ballot Scanning Operation

The first event occurred while elections personnel were processing ballots that had not been successfully read by scanning equipment at a polling location.

An elections staff member placed these ballots into a separate ballot-scanning device at the Central Count facility and initiated the scanning operation.

Upon completion of the initial operation, the device displayed a message indicating that the scanning process had completed. However, none of the ballots had been processed.

The staff member subsequently initiated the scanning operation a second time. During this second operation, the device processed the ballots and displayed a completion message.

This event raised a question regarding why the device initially reported completion of the scanning operation without successfully processing the ballots.

I was unable to determine whether the initial operation generated any ballot records, whether the device recorded an error, or whether the event was documented in the equipment's operational logs.

### Event 2 — Extended Central Tabulation Processing

The second event occurred during the initial tabulation process preceding the release of election results.

Elections personnel initiated the tabulation process on the central tabulation server. During this operation, the server displayed a moving graphical indicator suggesting that the tabulation process remained active.

The tabulation operation continued for an extended period. Based on the conduct and comments of elections personnel present, there appeared to be concern regarding the amount of time required for the operation to complete.

While the process was continuing, Tarrant County Elections Administrator Clint Ludwig entered the room containing the tabulation server.

During his presence, Mr. Ludwig expressed concern regarding the length of time the tabulation operation was taking. He indicated that the processing time exceeded that experienced during previous elections and suggested that the server might crash.

I observed the tabulation operation continuing during this period. However, I was unable to determine the cause of the extended processing time or whether it was associated with any software, hardware, database, or other system condition.

**Incident 3: Strong Wireless Network Signal Near Tabulation Server**

While serving as a poll watcher at Tarrant County Elections Central Count on November 3, 2026, I used a Wi-Fi network analysis tool to examine wireless network signals in the area surrounding the tabulation server.

During this examination, I observed a wireless network signal of very high strength while positioned within approximately ten feet of the tabulation server.

The strength of the detected signal raised concerns regarding the presence of active wireless network equipment in close proximity to the tabulation server.

I was unable to determine whether the detected wireless network was connected to the tabulation server or whether the server possessed an active wireless network connection.

Nevertheless, I believe this observation warrants further examination to determine the source of the wireless signal and whether any wireless network connectivity existed between the tabulation server and other devices or networks.

**Conclusion**

The three incidents described in this statement raise concerns regarding the reliability, performance, and security of the systems used by Tarrant County Elections to process ballots and tabulate election results during the November 3, 2026, election.

The first incident involved a ballot scanning device that appeared to indicate successful completion of a scanning operation despite having failed to process any ballots. The second involved an unusually prolonged tabulation process that appeared to concern election personnel and prompted the Elections Administrator to express concern about the possibility of a server crash. The third involved the detection of a very strong wireless network signal within approximately ten feet of the tabulation server, raising questions

regarding the source of the signal and the possibility of wireless network connectivity in the vicinity of the tabulation equipment.

While these observations do not independently establish that election results were compromised, ballots were improperly counted, or unauthorized access occurred, they identify circumstances that warrant further technical examination.

I believe an appropriate investigation should include an examination of ballot scanning error logs, tabulation server performance records, system configuration information, and network connectivity records. Such an examination would help determine the causes of the observed irregularities, whether appropriate safeguards were functioning as intended, and whether any of these events affected the integrity or accuracy of the election results.

I submit this statement as a factual account of events I personally observed while serving as a poll watcher at Tarrant County Elections Central Count on November 3, 2026.

**Richard C. Jimmink**

Date: November 5, 2026

Signature: [signature]

GAIL SMITH
Notary Public, State of Texas
Comm. Expires 06-27-2029
Notary ID 130034318

THE STATE OF TEXAS COUNTY OF Tarrant This instrument was acknowledged before me on this 5th day of November, 2026, by [signature]. Notary Public, State of Texas My Commission Expires: 06/27/29

To Whom It May Concern,

I am writing to formally express my concerns regarding several irregularities and issues I personally witnessed while serving during the election in Tarrant County. Based on my observations, I believe these concerns deserve serious attention, further review, and a thorough investigation before the election results are finalized.

During the election, I encountered several voters who stated they had consistently voted Republican for many years but were not appearing on our voter rolls. As a result, I processed nearly 20 Republican provisional ballots. This raised concerns for me, particularly because multiple voters appeared surprised that their registration information was not showing up as expected.

I also encountered a number of newly registered voters who appeared to be middle-aged. While I understand that there can be legitimate reasons for voter registration discrepancies, I believe the circumstances surrounding these situations deserve closer examination to ensure that all voter registration records and eligibility requirements were properly handled.

Additionally, I witnessed an incident in which an individual attempted to bribe one of my poll workers in exchange for receiving a provisional ballot. I also observed multiple instances in which individuals attempted to have their friends stand beside them and assist them while voting. Some of these individuals appeared to be Muslim. My concern is not about anyone's religion or background, but rather ensuring that every voter follows the same voting procedures and that no unauthorized assistance or influence occurs inside the polling location.

Another concern was the number of spoiled ballots. We experienced more than 30 spoiled ballots, which I believe should also be reviewed to determine whether there were procedural issues, voter confusion, or other contributing factors.

Furthermore, I have communicated with other election judges through the Signal app, and several have reported experiencing similar problems at their respective polling locations. There were also reports of voters being unable to reach the Tarrant County Elections Office by phone, experiencing excessively long hold times, or not receiving timely assistance when they needed help resolving voting-related issues.

These concerns go beyond one polling location. When multiple election workers report similar experiences, I believe it is important for election officials to take those reports seriously and determine whether there were widespread administrative or procedural problems.

I want to emphasize that my intention is not to make accusations without evidence or undermine the election process. Rather, I believe every eligible voter deserves the opportunity to cast a ballot, every ballot should be properly accounted for, and election procedures must be applied consistently and transparently.

I respectfully request that these reported incidents, provisional ballots, spoiled ballots, voter registration discrepancies, and election-day communication issues be reviewed thoroughly. If necessary, I believe an independent investigation should be considered to ensure that all concerns are properly addressed.

Like many others who have dedicated their time to serving in elections, I want to have confidence in the integrity, fairness, and transparency of our election system. Unfortunately, experiences like these are causing election workers and voters alike to lose confidence. We need accountability, improvements, and meaningful action to restore that confidence.

Thank you for taking the time to review my concerns. I sincerely hope these matters will be taken seriously and addressed appropriately.

Respectfully,

[Seth Troy Wayman]

Election Judge for GOP

Email: Wayman79@gmail.com

Phone: 817-965-9350

SUBSCRIBED AND SWORN TO before me, the 5th day of November, 2026
Milinda R. Montgomery
Notary Public in and for the State of Texas
My Commission expires: 04/11/2030

MILINDA R MONTGOMERY
Notary Public, State of Texas
Comm. Expires 04-11-2030
Notary ID 135553947

**Affidavit of Russell J. Ramsland, Jr.**

Russell J. Ramsland, Jr. appeared in person before me today and stated under oath:

My name is Russell J. Ramsland, Jr. I am above the age of 18 years and am fully competent to make this affidavit. I am a registered voter in Dallas County, Texas. My voter registration address is 6339 Desco Drive, Dallas, Texas 75225. My state VUID number is 1082486832. Facts stated within this affidavit are within my personal knowledge, are true and correct and have been documented from my personal observation.

I was a poll clerk for the Republican Party on Tuesday, March 3, 2026 for the Primary Election Day and served at Lakewood Elementary School. For most of the day I checked in voters using the Poll Pads supplied by Dallas County Elections. During the day I had several voters come in and ask to vote, but when I entered their Driver's License into the Poll Pad, I received a message that said they had already voted. Uniformly they claimed they had not. In those circumstances we allowed them to vote a provisional ballot.

I also experienced several voters who apparently were trying to vote at the wrong location. The Poll Pad would tell me where they needed to go in order to cast a regular ballot. On two occasions the voters told me they had gone there first, and been directed back to where I was. However, at 1:44 PM I experienced a very odd problem demonstrating the complete unreliability of the Poll Pads. Mr. William Vandiver came into vote, presented me with his driver's license, and I placed it in the Poll Pad. Immediately it told me he was in the wrong location and couldn't vote here (except provisionally). But the bizarre thing was that the correct location as indicated by my Poll Pad was right where we were. Yet the Poll Pad wouldn't allow him to vote. Mr. Vandiver stated his wife, who lives at his same address where they have both been registered to vote for years had voted from our location earlier in the day. It was so bizarre I took a picture of my Poll Pad's screen (attached). Just for fun I passed his driver's license to the clerk next to me and her Poll Pad wanted to send him to a different location. I then placed his driver's license in a third Poll Pad and it wanted to send him to yet another, different location from the second Poll Pad. The system is clearly unstable and unreliable and not letting him vote because my Poll Pad said he was in the wrong location even while my Poll Pad said the right one was where I was and where his wife had voted earlier in the day, was a clear denial of his rights.




Further Affiant sayeth not.

[signature]

Russell J. Ramsland, Jr.

State of Texas
County of Dallas
Before me, Lauren Cude, on this day personally appeared Russell Ramsland, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration expressed therein.

Given under my hand and seal of office this 9 day of November, 2026

Lauren Cude

Notary Public, State of Texas

NOTARY PUBLIC STATE OF TEXAS
LAUREN ELIZABETH CUDE
Notary ID #134077602
My Commission Expires
November 22, 2026