IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

POTTER COUNTY REPUBLICAN PARTY, *et al., Individually and On Behalf of All Others Similarly Situated,*

Plaintiffs,

v. 2:26-CV-215-Z

CHRISTY BENGE, *in Her Official Capacity as the* POTTER COUNTY ELECTIONS ADMINISTRATOR *and as Proposed Representative of a Defendant Class of Similarly Situated Texas County Election Officials,*

Defendant.

**JUDGMENT**

The Court **GRANTED** Defendant's Motion to Dismiss (ECF No. 81) on all of Plaintiff's claims. This case is therefore **DISMISSED without prejudice**. Judgment is rendered accordingly.

**SO ORDERED.**

November 24, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE